Registered Mail # RF504735892US

RF504735892US

1
2 **From:** Richard Patterson Jr., sui juris, In Propria Persona.
*Executor, Authorized Representative, Secured Party.*
™RICHARD PATTERSON JR© ESTATE
c/o 1721 El Paso Drive
3 Norco, California [92860]
non-domestic *without* the United States

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT

4
5 **To/Defendant(s)/Respondent(s):** Clare E. Connors, Craig S. Nolan, Michael F. Albanese
C/o Office of Assistant U.S. Attorney
300 Ala Moana Boulevard
6 Honolulu, Hawai [96850]
7 Registered Mail # RF504735892US /Michael.Albanese@usdoj.gov

8                    **AFFIDAVIT OF TRUTH**

9        IN THE UNITED STATES DISTRICT COURT **RECEIVED**
                                          CLERK, U. S. DISTRICT COURT

10              FOR THE DISTRICT OF HAWAII
                                          DEC 0 5 2024

11  ™RICHARD PATTERSON JR.© ESTATE,      )   CR. NO. 21-00111 DKW   **DISTRICT OF HAWAII**
    ™RICHARD PATTERSON JR.©,             )
12                                       )   1. NOTICE OF ACCEPTANCE
                   Plaintiff(s),         )   2. NOTICE OF FRAUD
13                                       )   3. NOTICE OF DEPRIVATION OF
14           vs.                         )      RIGHTS UNDER THE COLOR OF
    CLARE E. CONNORS, CRAIG S. NOLAN,    )      LAW
    MICHAEL F. ALBANESE, UNITED STATES   )   4. NOTICE OF CONPSIRACY TO
15  OF AMERICA, Does 1-100 Inclusive,    )      DEPRIVE OF RIGHTS
                                         )   5. NOTICE OF FORCED PEONAGE
16                 Defendant(s).         )   6. NOTICE OF CHALLENGE OF
                                         )      JURISDICTION
17                                       )
                                         )   7. NOTICE OF TREASON
18                                       )   8. NOTICE OF MONOPOLIZATION OF
19                                       )      TRADE AND COMMERCE
                                         )   9. REQUEST[DEMAND] FOR **SETOFF,**
20                                       )      **ADJUSTMENT, AND SETTLEMENT**
                                         )   10. REQUEST[DEMAND] FOR
21                                       )       **RECOUPMEN**T
22                                           11. **EQUITY IS INVOKED**

23                         **VERIFIED**

24       This correspondence constitutes a formal NOTICE of acceptance for value and

25  return for value of all monetary instruments, bonds, tax forms, and/or any other

26  currency or debt instruments are in possession of or that may exist. This

27  correspondence also constitutes formal NOTICE of claim, error, fraud, extortion,

28  coercion, deprivation of rights under the color of law, conspiracy, breach of trust,

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF661593175US



RF661593175US

**From:** Kevin Walker., sui juris.
*Attorney In Fact, Executor, Authorized Representative.*
™RICHARD PATTERSON JR© ESTATE
c/o 1721 El Paso Drive
Norco, California [92860]
non-domestic *without* the United States

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** ACTUAL AND CONSTRUCTIVE NOTICE ***

**To/Defendant(s)/Respondent(s):** Clare E. Connors,
Craig S. Nolan, Michael F. Albanese
C/o Office of Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii [96850]
Registered Mail #RF661593175US
Express Mail #E1963253867US
michael.Albanese@usdoj.gov

**To/Cc:** Maureen F. Hallahan, Ana España,
Michael Roddy, Lyn Bell.
C/o SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
1100 Union Street                  ,
San Diego, California [92101]
Registered Mail #RF661593578US.
Express Mail #E1963253875US

**Date:** November 6, 2024

# **AFFIDAVIT OF MAILING**

KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a

Notary Public, personally came and appeared Kevin Walker, proceeding sui juris, In

Propria Persona, a **living soul**, **natural freeborn Sovereigns**, by *Special Limited*

Appearance. He is herein referred to as '**Affiant**,' over 18 years of age, being

competent to testify and having first hand knowledge of the facts herein. Affiant

declared (or certified, verified, affirmed, or stated) under penalty of perjury under

the laws of the united states of **America** that the following is true and correct, to the

best of Affiants's understanding and belief, and in good faith:

I.   On **November 6, 2024**, Affiant mailed **authentic true** copies of the following

documents:

1.  (Copy) NOTICE OF **ACCEPTANCE (Doc #RF504735892US)**, FRAUD,

EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**, for

CR. NO. 21-00111 DKW.

2.  (Copy) AFFIDAVIT OF TRUTH: REVOCATION, JURISDICTION, CLAIM OF

ESTATE, SOVEREIGNTY for ™RICHARD PATTERSON JR.© ESTATE.

3.  (Copy) AFFIDAVIT POWER OF ATTORNEY IN FACT for ™RICHARD

PATTERSON JR.©.

Registered Mail # RF661593175US    

4. (Copy) U.C.C. (private) Contract Trust # 2024429874-2, Filed in Nevada.

5. (Copy) Hold Harmless Agreement for ™RICHARD PATTERSON JR.©

6. (Copy) Affidavit: RESOLUTION, REVOCATION, AND TERMINATION OF FRANCHISE of ™RICHARD PATTERSON JR.©

1. (Copy) Duly filed and accepted form 1099-A for 1,992,000.00.

2. (Copy) Duly filed and accepted form 1099-OID for 1,992,000.00.

3. (Copy) Duly filed and accepted form 1099-C for 1,992,000.00.

4. (Copy) ™RICHARD PATTERSON JR.© Copyright and Trademark Agreement.

5. (Copy) Evidence of referral/bond # F3949AAE255C9F for the 3949-A submitted for this matter to the IRS and Internal Revenue Service.

II. Affiant mailed the documents above to all Respondent(s) and/or "person(s)" named above and herein, by enclosing the same in an envelope, postage prepaid, **Registered, Certified, and/or Express Mail**, with return receipt requested, and depositing it in a post office or an official depository under the care and custody of the United States Postal Service, with a respective **forms 3811 return receipt/ delivery confirmation requested** from the United States Postal Service (USPS).

III. The principles of contract law, trust law, and the doctrines of offer and acceptance, including the 'mailbox rule,' are applicable and fully govern all documents dispatched via postal mail.

IV. Affiant has retained a true and original copy of all of the above documents.

**Executed "*without* the United States" in compliance with 28 USC § 1746.**

**FURTHER AFFIANT SAYETH NOT.**

**ALL DOCUMENTS and ATTACHMENTS/EXHIBITS also sent to the following WITNESSES:**

**To/Cc:** Summer Stephan.
C/o San Diego County DA's Office
330 West Broadway
San Diego, California [92101]
Registered Mail #RF661593547US.
Email: SanDiegoDA@sdcda.org

**To/Cc:** Paul A. Rodriguez, Fiduciary(ies).
C/o San Diego Public Defender's Office
451 A Street, Suite 900
San Diego, California [92101]
Registered Mail #RF661593555US.
Email: SanDiego.PublicDefender@sdcounty.ca.gov

Registered Mail # RF661593175US



1  **To/Cc:** Daniel Werfel
       C/o INTERNAL REVENUE SERVICE
2      1111 Constitution Avenue NW
       Washington, District of Colombia [20224]
3      Registered Mail # RF661593564US.
       Express Mail #E1963253898US
4

5

6  **To/Cc:** Rob Bonta, Fiduciary(ies).
       C/o Office of The Attorney General
7      1300 "I" Street
       Sacramento, California [9]5814-2919]
8      Registered Mail # RF661592949US.
       Express Mail #E1963253907US
9  //

**To/Cc:** Janet Yellen
       C/o United States Treasury
       1500 Pennsylvania Avenue N.W.
       Washington, District of Colombia [20220]
       Registered Mail # RF661592935US.

10              ## COMMERCIAL OATH AND VERIFICATION:

11 County of Riverside                    )

12                                         )        Commercial Oath and Verification

13 The State of  California                )

14 I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

15 in good faith being of sound mind states that the facts contained herein are true,

16 correct, complete and not misleading to the best of Affiant's knowledge and belief

17 under penalty of International Commercial Law and state this to be HIS Affidavit of

18 Truth regarding same signed and sealed this <u>6TH</u> day of <u>NOVEMBER</u> in the year

19 two thousand twenty four:

20                          By *Special Limited* Appearance, sui juris,
21        all rights reserved *without* prejudice and without recourse. UCC § 1-308, 3-402.

22                     By:

23                     **Kevin Walker**, *Authorized Representative, Executor,*
24                                     *Secured Party, non-citizen* national,
                                        *private bank(er)* EIN # 9x-xxxxxxx.
25

26

27 Let this document stand as truth before the Almighty Supreme Creator and let it be established

28 before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so*

                                    -3 of 4-

Registered Mail # RF661593175US

1  *that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the*

2  *mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

3

4  By *Special Limited* Appearance,
   All rights reserved without prejudice or recourse, U.C.C §1-308,
5  3-402.

6  By: _____
                                      *(WITNESS)*
7

8  By *Special Limited* Appearance,
   All rights reserved without prejudice or recourse, U.C.C §1-308,
9  3-402.

10  By: _____
11                                     *(WITNESS)*

12                    NOTICE:

13  Using a notary on this document does *not* constitute any adhesion, *nor does it alter*

14  *my status in any manner.* The purpose for notary is verification and identification

15  **only** and **not** for entrance into **any** foreign jurisdiction.

16

17                    JURAT:

18                                              | A notary public or other officer completing this
    State of California                        | certificate verifies only the identity of the individual
19                              } ss.          | who signed the document to which this certificate is
                                               | attached, and not the truthfulness, accuracy, or validity
20  County of Riverside                        | of that document.

21  Subscribed and sworn to (or affirmed) before me on this 6th day of November,

22  2024 , by Kevin Walker proved to me on  the basis of satisfactory evidence to be the
    person(s) who appeared before me.

23

24  Joyti Patel ,           Notary public

25  Joytipatel             Seal:

26

27

28

-4 of 4-

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Kevin W 310-923-8521** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **team@walkernovagroup.com** |

| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) |
|---|
| **WALKERNOVA GROUP** |
| **c/o 30650 Rancho California Road, suite 406-251** |
| **Temecula, CA 92591, USA** |

| Filed in the Office of | Initial Filing Number |
|---|---|
| *[signature]* Secretary of State State Of Nevada | **2024429874-2** |
| | Filed On |
| | **September 23, 2024 11:11 PM** |
| | Number of Pages |
| | **1** |

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **PATTERSON JR** | **RICHARD** | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9400 ROSECRANS AVENUE** | **BELLFLOWER** | **CA** | **90706** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **™RICHARD PATTERSON JR© ESTATE** | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **120 DAHLIA DRIVE SUITE 202** | **SOLANA BEACH** | **CA** | **90275** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT # 092324RPJ. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS, SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, COPYRIGHTS, PATENTS, THEIR LIKENESS, BUSINESSES, OFFSPRING MAKAYLA YEN PATTERSON AND BIRTH CERTIFICATE STATE FILE # 2018024963, OFFSPRING RICHARD MAKAIO YEN PATTERSON JR. III AND BIRTH CERTIFICATE # 151 2016-000874, ALL EINS, TRUSTS, CORPORATIONS, PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT # 092324RPJ. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 PUBLIC LAW 73-10, AND UCC 1-103, 3-104, 3-108, 2-402, 9-105, 9-509.**

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐  being administered by a Decedent's Personal Representative | | |
|---|---|---|
| 6a. Check only if applicable and check only one box: <br> ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | | 6b. Check only if applicable and check only one box: <br> ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | |

Registered Mail # RF661593175US

1

2
# TRUTH AFFIDAVIT

3

4
IN THE NATURE OF SUPPLEMENTAL
5
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
Grant of Exclusive power of attorney to conduct all
6
tax, business, and legal affairs of principal person.

7
**Date:** September 21, 2024

8
## POWER OF ATTORNEY IN FACT

9
I, RICHARD PATTERSON JR., PATTERSON JR., RICHARD, or any derivative thereof,

10
**DEBTOR/ENS LEGIS/ARTIFICIAL ENTITY/LEGAL PERSON/BANK/FINANCIAL**

11
**INSTITUTION/FRANCHISE/CORPORATE FICTION**, c/o 120 Dahlia Drive # 202, Solona

12
Beach, California, do hereby appoint **Richard: Patterson Jr., a Living Soul, as Agent with Power**

13
**of Attorney in Fact**, Non-domestic, c/o 1721 El Paso Drive, Norco, California [92860] to take

14
**exclusive** charge of, manage, and conduct **all** of my tax, business and legal affairs, and for such

15
purpose to act for me in my name and place, without limitation on the powers necessary to carry out

16
this **exclusive** purpose of **attorney in fact** as authorized:

17
(a) To take possession of, hold, and manage **all** of my real estate and all other property;

18
(b) To receive any and **all** money or property paid or delivered to me from any source;

19
(c) To deposit any and **all** funds in, make withdrawals from, or sign checks or drafts against any account

20
standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or

21
certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and

22
place items in or remove them from, any safety deposit box standing in my name individually or jointly,

23
and otherwise to conduct bank transactions or business for me in my name;

24
(d) To tender payment, pay, and/or discharge my just debts and expenses, including reasonable expenses

25
incurred by my attorney in fact **Richard Patterson Jr.**, in exercising this **exclusive** power of attorney.

26
(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate

27
or other property;

28
(f) To give general and special proxies or exercise rights of conversion or rights with respect to shares or

Registered Mail # RF661593175US

1   securities, to deposit shares or securities with, or transfer them to protective committees or similar

2   bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with

3   shares or securities;

4   (g) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for

5   such considerations and on such terms as my attorney in fact Richard Patterson Jr., may consider

6   prudent;

7   (h) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances

8   or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant,

9   cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or

10  appropriate to good husbandry.

11  (i) To provide for the use, maintenance, repair, security, or storage of my tangible property;

12  (j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as

13  my attorney in fact Richard Patterson Jr. may consider prudent;

14

15  The Agent/**Living Soul, Richard: Patterson Jr.**, is hereby authorized by law to act for and in

16  control of the **DEBTOR/ENS LEGIS/ARTIFICIAL ENTITY/LEGAL PERSON/BANK/**

17  **FINANCIAL INSTITUTION/CORPORATE FICTION**, or any derivative thereof.  In addition,

18  through the exclusive power of attorney, to contract for **all** business and legal affairs of the principal

19  person: PATTERSON JR., RICHARD, **DEBTOR/ENS LEGIS/ARTIFICIAL ENTITY/**

20  **FINANCIAL INSTITUTION/CORPORATE FICTION**. The term "exclusive" shall be construed

21  to mean that while these powers of attorney are in force, only my attorney in fact may obligate me

22  in these matters, and I forfeit the capacity to obligate myself with regard to the same. This grant of

23  Exclusive Power is Irrevocable during the lifetime of the Agent/**Living Soul, Richard: Patterson**

24  **Jr.**.

25          Executed and sealed by the voluntary act of my own hand, this **21st day of September, 2024**.

26  Acceptance:

27

28  _____
    RICHARD PATTERSON JR., GRANTOR

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

Registered Mail # RF661593175US

1   Executed *without* the UNITED STATES, I declare under penalty of perjury under the laws of the united

2   states of America that the foregoing is true and correct. Proceeding sui juris, by Special Limited Appearance.

3   Without Prejudice, UCC § 1-308.

4

5                                      I, the above named **exclusive** attorney in fact, do hereby
                                       Accept the fiduciary interest of the herein-named
6                                      **DEBTOR/ENS LEGIS/ARTIFICIAL ENTITY/LEGAL
                                       PERSON/BANK/FINANCIAL INSTITUTION/**
7
                                       **FRANCHISE/CORPORATE FICTION** and will execute
8                                      the herein-granted powers-of-attorney with due diligence.

9

10                              By: Richard Patterson Jr.
                                **Richard Patterson Jr.**, sui juris. ID # 9x-xxxxxxx
11                              Authorized Representative, Agent, Attorney In Fact.

12

13

14   Let this document stand as truth before the Almighty Supreme Creator and let it be established
     before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so*
15   *that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the*
     *mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*
16

17                              By *Special Limited* Appearance,
                                All rights reserved without prejudice or recourse, U.C.C §1-308,
18                              3-402.

19                              By: _____
                                                        *(WITNESS)*
20
                                By *Special Limited* Appearance,
21                              All rights reserved without prejudice or recourse, U.C.C §1-308,
                                3-402.
22
                                By: _____
23                                                      (WITNESS)

24

25                                      NOTICE:

26   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in*

27   *any manner.* The purpose for notary is verification and identification **only** and **not** for entrance

28   into **any** foreign jurisdiction.

-Page 3 of 4-
TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

Registered Mail # RF661593175US

1        JURAT:

2 State of _CALIFORNIA_   )

3 County of _SAN DIEGO_  ) ss.
          )

4 Subscribed and sworn to (or affirmed) before me on this _05_ day of _OCT._ , 2024 , by _Richard_

5 _Patterson Jr._ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

6 _JAE H LEE_      Notary public
    print

7 _Lee, Jondl_       Seal:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-Page 4 of 4-

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

Registered Mail # RF504735892US

1 monopolization of trade and commerce, treason, injury and damage to Affiant and/
2 or ™RICHARD PATTERSON JR.©, and/or ™RICHARD PATTERSON JR.© ESTATE.

3      The undersigned, Richard Patterson Jr., hereafter referred to as Affiant.
4 Affiant is the Agent, Attorney In Fact, **holder in due course**, and **Secured Party** and
5 Creditor of and for ™RICHARD PATTERSON JR.©, and the ™RICHARD
6 PATTERSON JR.© ESTATE. Affiant hereby states that he is of legal age and
7 competent to state on belief and personal knowledge that the facts set forth herein
8 as duly noted below are true, correct, complete, and presented in **good faith**
9 regarding the commercial contract CASE/BOND # 21-00111 DKW.

10      **This VERIFIED Affidavit concerns Defendant(s)/Respondent(s)/You,** CLARE E.
11 CONNORS, CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF
12 AMERICA, and/or Does 1-100 and the **blatant bad faith** acts of fraud, threats and
13 extortion against foreign officials, official guests, or internationally protected persons,
14 extortion, embezzlement, larceny, coercion, identity theft, extortion of national/
15 internationally protecter person, conspiracy to deprive of rights under the color of law,
16 treason, bank fraud, trusts, etc., in restraint of trade, frauds and swindles, mail fraud, forced
17 peonage, monopolization of trade and commerce, willful violation of the Constitution,
18 deprivation of rights under color of law, monopolization of trade and commerce, and
19 intentional and willful and intentional trespass and infringement of the ™RICHARD
20 PATTERSON JR.© trademark and copyright.

21      As with any administrative process, You/Defendant(s)/Respondent(s), CLARE E.
22 CONNORS, CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF
23 AMERICA, and/or Does 1-100 may controvert the statements and/or claims made by
24 Affiants by executing and delivering a **verified response point by point**, **in affidavit form**,
25 **sworn and attested to under penalty of perjury**, signed by CLARE E. CONNORS,
26 CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF AMERICA, and/
27 or Does 1-100 or other designated officer of the corporation with evidence in support by
28 Certified, Express, or Registered Mail. **Answers by any other means are considered a**

Registered Mail # RF504735892US

1  **non-response and will be treated as a non-response.**

2  <u>**SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT:**</u>

3  This <u>**contract**</u>, <u>**received**</u> and <u>**accepted**</u> per the <u>**mailbox rule**</u>, is self-executing and

4  serves as a **SECURITY AGREEMENT**, and establishes a lien, Authorized by You/

5  They/the **DEBTOR(S)**. <u>**Acceptance**</u> of this <u>**contract**</u> is deemed to occur at the moment it

6  is dispatched via mail, in accordance with the <u>**mailbox rule**</u> established in common law.

7  Under this rule, an acceptance becomes effective and binding once it is properly

8  addressed, stamped, and placed in the control of the postal service, as supported by **Adams**

9  **v. Lindsell (1818) 106 ER 250. Furthermore,** as a <u>**self-executing agreement**</u>, **this**

10  <u>**contract**</u> creates <u>**immediate and enforceable obligations**</u> without the need for further

11  action, functioning also as a **SECURITY AGREEMENT** under **Article 9 of the Uniform**

12  **Commercial Code (UCC)**.

13  //

14  **KNOW ALL MEN BY THESE PRESENT**, that I, **Richard Patterson Jr.,** In Propia

15  Persona, proceeding sui juris, by *Special Limited Appearance*, a man upon the land, a

16  follower of the Almighty Supreme Creator, first and foremost and the laws of man when

17  they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let

18  my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96

19  Stat.1211, depose and say that I, **Richard Patterson Jr.** over 18 years of age, being

20  competent to testify and having first hand knowledge of the facts herein declare (or certify,

21  verify, affirm, or state) under penalty of perjury under the laws of the United States of

22  America that the following is true and correct, to the best of my understanding and belief,

23  and in good faith:

24  1. I, **Richard Patterson Jr.** , sui juris, In Propria Persona, for the record, explicitly **reserve**

25  **all of my right**s and waive none. Also see U.C.C. § 1-308.

26  2. I, **Richard Patterson Jr.** , sui juris, In Propria Persona, respectfully request[demand]

27  that Defendant(s) cease these unauthorized proceedings immediately, and I make my

28  **exemption** available as **principal** for <u>**setoff**</u> of **all** charges associated with this matter.

Registered Mail # RF504735892US

3.  I, **Richard Patterson Jr.,** sui juris, In Proper Persona, hereby **invoke equity**, demand remedy, all assets and bonds are under recoupment, and I demand that these unauthorized proceedings be ceased immediately and all information pertaining to it be struck and expunged from the record.

4.  I, Richard Patterson Jr., sui juris, state, verify, and affirm for the record that I am the *the* Agent, Executor, Authorized Representative, Trustee, Attorney In Fact, and the Secured Party and Secured Creditor of ENS LEGIS/CORPORATE FICTION, RICHARD PATTERSON JR., and all derivatives thereof. I am the holder in due course for all securities, assets: tangible and intangible, and I hold allodial title to all assets, as evidenced by Nevada UCC (private) Contract Trust # 2024429874-2). See U.C.C § 3-302, 9-105 and 9-509.

5.  You are hereby instructed and authorized to settle, adjust, ledger, and setoff any and all charges relating to this matter and provide proper tac forms for accounting, including but not limited to form 1099-A, 1099-OID, 1099-C, 1040, 1040-V, and and other appropriate and/or applicable form.

6.  You/Defendant(s)/Respondent(s), CLARE E. CONNORS, CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF AMERICA, Does 1-100 Inclusive, or the entity they represent **is/are the DEBTOR(S)** in this matter.

7.  You/Defendant(s)/Respondent(s), CLARE E. CONNORS, CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF AMERICA, Does 1-100 Inclusive are **not** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

8.  You/Defendant(s)/Respondent(s), CLARE E. CONNORS, CRAIG S. NOLAN, MICHAEL F. ALBANESE, UNITED STATES OF AMERICA, Does 1-100 Inclusive, **DO NOT** have standing.

9.  I, Richard Patterson Jr., sui juris, am "non-resident" to the "residency" of the fourteenth Amendment and "alien" to the "citizenship" thereof; therefore I, Richard Patterson Jr., sui juris, am NOT subject to the jurisdictional statements of the United States Code

Registered Mail # RF504735892US

1   however, Defendant(s) is/ are subject to jurisdictional statements of the United States
2   Code and other."

3   10. I, Richard Patterson Jr., sui juris, **reserve my natural common law <u>right</u> not to be**
4   **compelled to perform under any contract that I did not enter into knowingly,**
5   **voluntarily, and intentionally**. And furthermore, I do **not** accept the liability
6   associated with the compelled and pretended "benefit" of any hidden or unrevealed
7   contract or commercial agreement. As such, the hidden or unrevealed contracts that
8   supposedly create obligations to perform, for persons of subject status, are inapplicable
9   to me, and are null and void. If I have participated in any of the supposed "benefits"
10  associated with these hidden contracts, I have done so under duress, for lack of any
11  other practical alternative. I may have received such "benefits" but I have not accepted
12  them in a manner that binds me to anything. "" such "benefits" but I have not accepted
13  them in a manner that binds me to anything.

14  11. I, Richard Patterson Jr, sui juris, declare, state, verify, and affirm for the record that
15  **equity is permanently invoked and all assets are under recoupment.**

16  12. <u>Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and</u>
17  <u>internationally protected persons,</u> stipulates: **Whoever** assaults, strikes, wounds,
18  imprisons, or offers violence to a foreign official, official guest, **or** internationally
19  protected person or makes any other violent attack upon the person or liberty of such
20  person, or, if likely to endanger his person or liberty, makes a violent attack upon his
21  **official premises, private accommodation, or means of transport <u>or attempts</u>** to
22  commit **any of the foregoing <u>shall be</u>** fined under this title or imprisoned not more
23  than three years, or both. **Whoever** in the commission of any such act uses a deadly or
24  dangerous weapon, or inflicts bodily injury, shall be fined under this title or
25  imprisoned not more than ten years, or both. (b) **Whoever** willfully − **(1)** intimidates,
26  coerces, threatens, or harasses a **foreign official** or an **official guest** or obstructs a **foreign**
27  **official** in the performance of his duties; **(2)** <u>attempts to</u> intimidate, coerce, threaten, or
28  harass a foreign official or an official guest or **obstruct** a foreign official in the

Registered Mail # RF504735892US

1  performance of his duties; or **(3)** within the <u>U</u>nited <u>S</u>tates and within one hundred feet
2  of any building or premises in whole or in part owned, used, or occupied for official
3  business or for diplomatic, consular, or residential purposes by — **(A)** a foreign
4  government, including such use as a mission to an international organization; **(B)** an
5  international organization; **(C)** a foreign official; or **(D)** an official guest; congregates
6  with two or more other persons with intent to violate any other provision of this
7  section; **shall be** fined under this title **or** imprisoned not more than <u>six months, or both.</u>
8  13. **18 U.S. Code § 878 - Threats and extortion against** foreign officials**, official guests, or**
9  internationally protected persons, expressly stipulates: **(a) Whoever knowingly and**
10  **willfully threatens to violate** section 112, 1116, or 1201 **shall be** fined under this title or
11  imprisoned not more than **_five years, or both_**, except that imprisonment for a
12  threatened assault shall not exceed three years. **(b)** Whoever in connection with any
13  violation of subsection (a) or actual violation of section 112, 1116, **or** 1201 **makes** <u>any</u>
14  **extortionate demand shall be** fined under this title or imprisoned not more than
15  <u>twenty years, or both</u>. **(c)** For the purpose of this section "foreign official",
16  "internationally protected person", "national of the United States", and "official
17  guest" **shall** have the same meanings as those provided in section 1116(a) of this title.
18  14. <u>Title 18 U.S. Code § 241 - Conspiracy against rights,</u> stipulates: If two or more persons
19  conspire to injure, oppress, threaten, or intimidate **any person in any** State, Territory,
20  Commonwealth, Possession, or District in the free exercise or enjoyment of **any right or**
21  **privilege** secured to him by the Constitution or laws of the <u>U</u>nited <u>S</u>tates, or because of
22  his having so exercised the same; **or** If two or more persons go in disguise on the
23  highway, or on the premises of another, with intent to prevent or hinder his free
24  exercise or enjoyment of **any right or privilege** so secured — They **shall be** fined under
25  this title or imprisoned not more than <u>ten years, or both</u>; and if death results from the
26  acts committed in violation of this section or if such acts include kidnapping or an
27  attempt to kidnap, aggravated sexual abuse <u>or an **attempt**</u> to commit aggravated sexual
28

Registered Mail # RF504735892US

1   abuse, <u>or an **attempt**</u> to kill, they **shall be** fined under this title or imprisoned for any

2   term of years or for life, or both, or **may** be sentenced to death.

3   15. <u>15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty,</u> stipulates: **Every**

4   **contract, combination in the form of trust or otherwise, or conspiracy, in restraint of**

5   **trade or commerce among the several** <u>S</u>**tates, or with foreign nations, is declared to**

6   **be illegal. Every person** who shall make any contract or engage in any combination or

7   conspiracy hereby declared to be illegal **shall be deemed guilty of a felony**, and, on

8   conviction thereof, shall be punished by fine not exceeding $100,000,000 if a

9   corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding <u>10</u>

10  <u>years, or by both said punishments,</u> in the discretion of the court.

11  16. <u>15 U.S. Code § 2 - Monopolizing trade a felony; penalty,</u> stipulates: **Every** person **who**

12  **shall monopolize, or attempt to monopolize, or combine or conspire with any**

13  **other person or persons, to monopolize any part of the trade or commerce** among the

14  several <u>S</u>tates, or with foreign nations, **shall be deemed guilty of a felony**, and, on

15  conviction thereof, **shall be** punished by fine not exceeding $100,000,000 if a

16  corporation, or, if any other person, $1,000,000, or **by imprisonment** not exceeding <u>10</u>

17  <u>years,</u> **or** <u>by both said punishments, in the discretion of the court.</u>

18  17. "Public officials **are not** <u>immune</u> from suit when they transcend their lawful authority

19  by invading constitutional **rights**." — AFLCIO v. Woodward, 406 F2d 137 t.

20  18. <u>42 U.S. Code § 1983 - Civil action for deprivation of rights,</u> expressly stipulates:

21  Every person who, under color of any statute, ordinance, regulation, custom, or usage,

22  of any State or Territory or the District of Columbia, subjects, or causes to be subjected,

23  any <u>c</u>itizen of the <u>U</u>nited <u>S</u>tates or other person **within** the jurisdiction thereof to the

24  deprivation of any **rights**, privileges, or immunities **secured by the Constitution** and

25  laws, <u>**shall be liable**</u> **to the party injured in an action at law**, **suit in equity,** or other

26  proper proceeding for redress, except that in any action brought against a judicial

27  officer for an act or omission taken in such officer's judicial capacity, injunctive relief

28  shall not be granted unless a declaratory decree was violated or declaratory relief was

-7 of 27-

Registered Mail # RF504735892US

1  unavailable. For the purposes of this section, any Act of Congress applicable

2  exclusively to the District of Columbia shall be considered to be a statute of the District

3  of Columbia.

4  19. 18 U.S. Code § 4 - Misprision of felony, expressly stipulates: **Whoever,** having

5  knowledge of the actual commission of a felony cognizable by a court of the United

6  States, conceals and does not as soon as possible make known the same to some judge

7  or other person in civil or military authority under the United States, **shall be fined**

8  under this title **or imprisoned** not more than three years, or both.

9  20. 18 U.S. Code § 1025 - False pretenses on high seas and other waters, expressly

10  stipulates: **Whoever**, upon **any** waters or vessel within the special maritime and

11  territorial jurisdiction of the United States, by **any** fraud, or false pretense, obtains from

12  **any** person **anything of value**, or procures the execution and delivery of **any**

13  instrument of writing or conveyance of real or personal property, or the signature of

14  **any person**, as **maker, endorser, or guarantor**, to or upon **any** bond, bill, receipt,

15  promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently

16  sells, barters, or disposes of **any** bond, bill, receipt, promissory note, draft, or check, or

17  other evidence of indebtedness, for value, knowing the same to be worthless, or

18  knowing the signature of the maker, endorser, or guarantor thereof to have been

19  obtained by any false pretenses, **shall** be fined under this title or imprisoned not more

20  than five years, or both

21  21. 18 U.S. Code § 1951 - Interference with commerce by threats or violence, expressly

22  stipulates: **(a) Whoever in any way or degree** obstructs, delays, or affects commerce or

23  the movement of any article or commodity in commerce, by robbery **or extortion or**

24  **attempts or conspires so to do, or commits or threatens** physical violence to any

25  person or property in furtherance of a plan or purpose to do anything in violation of

26  this section **shall be** fined under this title **or imprisoned** not more than **twenty years,**

27  **or both. (b)** As used in this section—**(1)** The term "robbery" means the unlawful taking

28  or obtaining of personal property from the person or in the presence of another, against

Registered Mail # RF504735892US

1    his will, by means of actual or threatened force, or violence, or fear of injury, immediate
2    or future, to his person or property, or property in his custody or possession, or the
3    person or property of a relative or member of his family or of anyone in his company at
4    the time of the taking or obtaining. **(2)** The term "**extortion**" means the obtaining of
5    property from another, **with his consent, induced by wrongful use of actual or**
6    **threatened force, violence, or fear, or under color of official right. (3)** The term
7    "commerce" means **commerce within** the District of Columbia, or any Territory or
8    Possession of the United States; **all commerce between any point in a** State, Territory,
9    Possession, or the District of Columbia and any point outside thereof;
10   all commerce between points within the same State through any place outside such
11   State; and **all other commerce over which the United States has jurisdiction.**
12   22. **18 U.S. Code § 2071 - Concealment, removal, or mutilation generally**, expressly
13   stipulates: **(a) Whoever** willfully and unlawfully conceals, removes, mutilates,
14   obliterates, or destroys, or attempts to do so, or, **with intent to do so** takes and carries
15   away any record, proceeding, map, book, paper, document, or other thing, filed or
16   deposited with **an**y clerk or officer of **any** court of the United States, or in any public
17   office, or with any judicial or public officer of the United States, shall be fined under
18   this title or imprisoned not more than three years, or both. **(b)**Whoever, having the
19   custody of any such record, proceeding, map, book, document, paper, or other thing,
20   willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys
21   the same, shall be fined under this title or imprisoned not more than three years, or
22   both; and shall forfeit his office and be disqualified from holding any office under the
23   United States. As used in this subsection, the term "office" does not include the office
24   held by any person as a retired officer of the Armed Forces of the United States.
25   23. **18 U.S. Code § 242 - Deprivation of rights under color of law**, stipulates: **Whoever**,
26   under color of **any** law, statute, ordinance, regulation, or custom, willfully subjects any
27   person in any State, Territory, Commonwealth, Possession, or District to the
28   deprivation of **any rights, privileges**, or immunities secured or protected by the

Registered Mail # RF504735892US

1   Constitution or laws of the United States, or to different punishments, pains, or

2   penalties, on account of such person being an alien, or by reason of his color, or race,

3   than are prescribed for the punishment of citizens, shall be fined under this title or

4   imprisoned not more than one year, or both; and if bodily injury results from the acts

5   committed in violation of this section or if such acts include the use, attempted use, or

6   threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title

7   or imprisoned not more than ten years, or both; and if death results from the acts

8   committed in violation of this section or if such acts include kidnapping or an attempt

9   to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse,

10  **or an** attempt to kill, **shall be** fined under this title, **or** imprisoned for any term of years

11  or for life, or both, or may be sentenced to death.

12  24. I, Richard Patterson Jr., sui juris, has never knowingly and willing signed away his

13  sovereign rights or citizenship. See... Brady v. U.S., 397 U.S. 742, 748,(1970) "Waivers of

14  Constitutional Rights, not only must they be voluntary, they must be knowingly

15  intelligent acts done with sufficient awareness.

16  25. Any such participation does not constitute "acceptance" in contract law, because of the

17  absence of full disclosure of any valid "offer," and voluntary consent without

18  misrepresentation or coercion, under contract law. Without a valid voluntary offer and

19  acceptance, knowingly entered into by both parties, there is no "meeting of the minds,"

20  and therefore no valid contract. Any supposed "contract" is therefore **void, ab initio**.

21  26. Consistent with the eternal tradition of natural common law, unless I have harmed or

22  violated someone or their property, I have committed no crime; and I am therefore not

23  subject to any penalty. I act in accordance with the following U.S. Supreme Court case:

24  "The individual may stand upon his constitutional rights as a citizen. He is entitled to

25  carry on his private business in his own way. His power to contract is unlimited. He

26  owes no such duty [to submit his books and papers for an examination] to the State,

27  since he receives nothing therefrom, beyond the protection of his life and property. His

28  rights are such as existed by the law of the land [Common Law] long antecedent to the

Registered Mail # RF504735892US

1   organization of the State, and can only be taken from him by due process of law, and in

2   accordance with the Constitution. Among his rights are a refusal to incriminate himself,

3   and the immunity of himself and his property from arrest or seizure except under a

4   warrant of the law. He owes nothing to the public so long as he does not trespass upon

5   their rights." — Hale v. Henkel, 201 U.S. 43 at 47 (1905). "

6   27. It has been confirmed that, "**The fourteenth amendment creates and defines**

7   **citizenship of the United States.** It had long been contended, and had been held by

8   many learned authorities, and had never been judicially decided to the contrary, that

9   there was no such thing as a citizen of the United States, except as that condition arose

10  from citizenship of some state. No mode existed, it was said, of obtaining a citizenship

11  of the United States, except by first becoming a citizen of some state. This question is

12  now at rest. The fourteenth amendment defines and declares who shall be citizens of

13  the United States, to wit, "all persons born or naturalized in the United States, and

14  subject to the jurisdiction thereof." The latter qualification was intended to exclude the

15  children of foreign representatives and the like. With this qualification, every person

16  born in the United States or naturalized is declared to be a citizen of the United States

17  and of the state wherein he resides." — UNITED STATES V. ANTHONY. [11 Blatchf.

18  200; 5 Chi. Leg. News. 462, 493; 17 Int. Rev. Rec. 197; 30 Leg. Int. 266; 5 Leg. Op. 63; 20

19  Pittsb. Leg. J. 199.] Circuit Court, N. D. New York. June 18, 1873.

20  28. I, Richard Patterson Jr., sui juris, hereby, declare, state, verify, and affirm for the record

21  that **I am a national** but **NOT** a "citizen of the United States."

22  29. Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and

23  internationally protected persons, expressly stipulates that "foreign government",

24  "foreign official", "internationally protected person", "international organization",

25  "national of the United States", and "official guest" **have the same meaning**.

26  30. It is unequivocally true that Title 18 U.S. Code § 112 - Protection of foreign officials,

27  official guests, and internationally protected persons expressly stipulates that in

28  additional to being a national, **I am also considered** a "foreign government", "foreign

Registered Mail # RF504735892US

1  official", "internationally protected person", "international organization", "national of
2  the United States", and "official guest."

3  31. I, Richard Patterson Jr., sui juris, state, verify, and affirm for the record that a **natural**
4  **born** State Citizen of California the **Republic** in its De'jure capacity as one of the
5  several states of the Union 1789. This incidentally makes me a national American
6  Citizen of the republic as per the dejure constitution for the United States 1777/1789.
7  For I reject all attempts of expatriation from the republic. Also see **15 united States**
8  **statutes at large**, July 27th, 1868 also known as the expatriation statute. Wherefore I am
9  **not** a fourteenth amendment citizen, **and deny all presumptions** made about me.

10 32. I, Richard Patterson Jr., sui juris, state, verify, and affirm for the record that I am **not**
11  restricted by the fourteenth Amendment, because I receive no protection from it and **I**
12  **have no reciprocal obligation** to a fourteenth Amendment allegiance or sovereignty.
13  **Thus, I,** Richard Patterson Jr., **owe no obedience to anyone under the fourteenth**
14  **Amendment.** United States v. Wong Kim Ark, 169 U.S. 649 (1898). Thus, I am not
15  "subject to the jurisdiction thereof . . . ."

16 33. It is unequivocally true that Title 18 U.S. Code § 112 - Protection of foreign officials,
17  official guests, and internationally protected persons expressly stipulates whoever
18  assaults, strikes, wounds, imprisons, or offers violence to a <u>foreign official, official</u>
19  <u>guest,</u> or <u>internationally protected person</u> or makes any other violent attack upon the
20  person or liberty of such person, or, if likely to endanger his person or liberty, makes a
21  violent attack upon his official premises, private accommodation, or means of transport
22  or attempts to commit any of the foregoing shall be fined under this title or imprisoned
23  not more than three years, or both. Whoever in the commission of any such act uses a
24  deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or
25  imprisoned not more than ten years, or both.

26 34. Any violation **of my** Rights, Freedom, or Property by the U.S. federal government, or
27  any agent thereof, would be an **illegal and unlawful excess, clearly outside the**
28  **limited boundaries of federal jurisdiction**. My understanding is that the jurisdiction

Registered Mail # RF504735892US

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
RF504735892US

1    of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S.

2    Constitution, quoted as follows: "**The Congress shall have the power . . . To exercise**

3    **exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING**

4    **TEN MILES SQUARE)** as may, by cession of particular states and the acceptance of

5    Congress, become the seat of the Government of the United States, [District of

6    Columbia] and to exercise like authority over all places purchased by the consent of the

7    legislature of the state in which the same shall be, for the Erection of Forts, Magazines,

8    Arsenals, dock yards and other needful Buildings; And - To make all laws which shall

9    be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis

10    added] *and* Article IV, Section 3, Clause 2: "The Congress shall have the Power to

11    dispose of and make all needful Rules and Regulations respecting the Territory or other

12    Property belonging to the United States; and nothing in this Constitution shall be so

13    construed as to Prejudice any Claims of the United States, or of any particular State."

14    —- The definition of the "United States" being used here, then, is limited to its

15    **territories**: (1) The District of Columbia (2) Commonwealth of Puerto Rico (3) U.S.

16    Virgin Islands (4) Guam (5) American Samoa (6) Northern Mariana Islands (7) Trust

17    Territory of the Pacific Islands (8) Military bases within the several states (9) Federal

18    agencies within the several states.

19    35. Affiant declares and alleges that the attached Affidavit is *prima facie* evidence of

20    fraud, extortion, coercion, deprivation of rights under the color of law, conspiracy to

21    deprive of rights under the color of law, monopolization of trade and commerce,

22    forced peonage, obstruction of enforcement, creating trusts in restraint of trade

23    dereliction of fiduciary duties, breach of trust, treason, tax evasion, intentionally

24    creating fraud in the factum, injury and damage to Affiant and proof of claim. See

25    *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first

26    proving its prima facie case and could do so by affidavit or other evidence."

27    36. "Where rights **secured by** the Constitution are involved, **there can be no rule making**

28    **or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

37. "The state **cannot** diminish Rights of the **people.**" —Hurtado vs. California, 110 US 516.

38. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

39. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

40. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

41. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court,** A025829.

42. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

43. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

44. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

45. "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

Registered Mail # RF504735892US

46. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

47. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

48. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

49. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

50. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

51. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

52. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

53. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

54. "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

55. INDISPUTABLE **Fact(s):** as one of the people, a natural freeborn sovereign, national/ foreign officials/official guests/internationally protected person/national of the United States: **Whoever** demands payment in a specific species of currency, directly violating HJR 192 of 1933 public law 73-10, and/or the BILLS OF EXCHANGE ACT, and/or refuses (thus discharges the balance) or dishonors <u>any</u> of my

-15 of 27-

Registered Mail # RF504735892US

1    ...............................................................................,

2    instructions, directions, **and/or** my will, when my instructions, directions, and/or will

3    are of lawful origin, the individual(s), person(s), financial institution(s), or other in

4    question shall be **deemed** guilty of but not limited to the following:

5        (A)  *At least* one (1) felony.

         (B)  fraud.

6        (C)  bank fraud.

7        (D)  false pretenses.

         (E)  deprivation of rights under the color of law.

8        (F)  monopolizing trade and commerce.

9        (G)  coercing, extorting, intimidating harassing  **national/foreign officials/official guests/**
              **internationally protected person/national of the United States.**

10       (H)  breach of trust.

11       (I)  violating the Constitution.

         said person(s) **might** also be **deemed guilty of:**

12       (J)  illegally creating a trust in restraint of commerce.

13       **If** said person(s) **receives** <u>**any**</u> proceeds, property, money, or value in the process said person(s) **is/**
         **are deemed guilty of**:

14       (K)  embezzlement.

15       (L)  larceny.

         (M)  receiving the proceeds of extortion.

16       (N)  identity theft.

17       **If** said person(s) **has/have knowledge of the actual commission of a felony** cognizable by a court
         of the United States, **and/or concealed their knowledge** of the commission of a felony, said

18       person(s) **is/are deemed guilty of:**

19       (O)  misprision of a felony.

         (P)  interfering with trade and commerce.

20       **If** anyone compels the use of a Social Security Number (3rd party number) instead of accepting an

21       EIN or nothing, said person(s) **is/are deemed guilty of**:

         (Q)  a felony.

22       **If anyone** conceals, removes, mutilates, obliterates, or destroys or attempts to do so, with intent to do

23       so takes and carries away **any record, proceeding, map, book, paper, document, or other thing,**
         <u>**filed or deposited**</u> with <u>**any**</u> clerk or officer of **any** court of the <u>U</u>nited <u>S</u>tates, said person(s) is/are

24       **deemed guilty of:**

25       (R)  concealment, removal, or mutilation generally.

         **If** two (2) or more person (two cops, two sheriffs, two CHP Officers, two employees, two agents,

26       etc.) are involved  together, said person(s) **is/are deemed guilty of:**

27       (S)  conspiracy.

             **SEE:**

28           •   **Article 1, Section 10 of the Constitution.**

Registered Mail # RF504735892US

- **House Joint Resolution 192 of June 5 1933, Public Law 73-10.**
- **BILLS OF EXCHANGE ACT.**
- **U.C.C. § 3-603(b)**

- 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty
- 18 U.S. Code § 880 - Receiving the proceeds of extortion.
- 15 U.S. Code § 2 - Monopolizing trade a felony; penalty.
- 18 U.S. Code § 4 - Misprision of felony.
- 18 U.S. Code § 241 - Conspiracy against **rights.**
- 8 U.S. Code § 242 - Deprivation of rights under color of law.
- 18 U.S. Code § 1341 - Frauds and swindles.
- 18 U.S. Code § 1344 - Bank fraud.
- 18 U.S. Code § 1025 - False pretenses on high seas and other waters.
- 18 U.S. Code § 1951 - Interference with commerce by threats or violence.
- 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons.
- 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.
- 42 U.S. Code § 1983 - Civil action for deprivation of **rights.**
- 42 U.S. Code § 408 - Penalties.
- 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

Executed "*without* the United States" in compliance with 28 USC § 1746.

**FURTHER AFFIANT SAYETH NOT.**

//

## SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT:

Again for the record, this **contract**, **received** and **accepted** per the **mailbox rule**, is self-executing and serves as a SECURITY AGREEMENT, and establishes a lien, Authorized by You/They/the DEBTOR(S). Acceptance of this contract is deemed to occur at the moment it is dispatched via mail, in accordance with the mailbox rul established in common law. Under this rule, an acceptance becomes effective and binding once it is properly addressed, stamped, and placed in the control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a self-

Registered Mail # RF504735892US

1  executing agreement, this contract creates immediate and enforceable obligations
2  without the need for further action, functioning also as a **SECURITY AGREEMENT** under
3  **Article 9 of the Uniform Commercial Code (UCC)**.

4                              ESTOPPEL BY ACQUIESCENCE:

5          If the addressee(s) or an intended recipient of this notice fail to respond
6  addressing **each point, on a point by point basis,** they **individually and**
7  **collectively accept** all **of the statements, declaration, stipulations, facts, and**
8  **claims as** TRUTH **and fact by TACIT PROCURATION,** all issues are deemed
9  settled **RES JUDICATA, STARE DECISIS** and by **COLLATERAL ESTOPPEL**.
10  You may **not** argue, controvert, or otherwise protest the finality of the
11  administrative findings in any subsequent process, whether administrative or
12  judicial.  (See Black's Law Dictionary 6th Ed. for any terms you do not *"understand"*).

13          **Your failure to completely answer and respond will result in your agreeing**
14  **not to argue, controvert or otherwise protest the finality of the administrative**
15  **findings in any process, whether administrative or judicial, as certified by**
16  **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**
17  **Judgement, or similar.**

18          Should YOU **fail** to respond, provide partial, unsworn, or incomplete
19  answers, such are not acceptable to me or to any court of law.  See, *Sieb's*
20  *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for
21  an extension of time in which to answer the request for admission of facts and filed
22  only an unsworn response within the time permitted," thus, under the specific
23  provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**
24  **admitted as true.  Failure to answer is well established in the court**. *Beasley v. U.*
25  *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**
26  **having been admitted**."  Also as previously referenced, "Statements of **fact**
27  contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

28

Registered Mail # RF504735892US

1  **pleadings** __may__ be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

2  N.W.2d 355 (Mich. 1976),

3  //

4  //

5  <u>ATTACHMENT/EXHIBITS/ENCLOSURES:</u>

6  1.  (Copy) AFFIDAVIT OF TRUTH: REVOCATION, JURISDICTION, CLAIM OF

7  ESTATE, SOVEREIGNTY

8  2.  (Copy) AFFIDAVIT POWER OF ATTORNEY IN FACT.

9  3.  (Copy) UCC (private) Contract Trust # 2024429874-2, Filed in Nevada.

10  4.  (Copy) Hold Harmless Agreement

11  5.  (Copy) Affidavit: RESOLUTION, REVOCATION, AND TERMINATION OF

12  FRANCHISE

13  6.  (Copy) Duly filed and accepted form 1099-A for 1992000.00.

14  7.  (Copy) Duly filed and accepted form 1099-OID for 1992000.00.

15  8.  (Copy) Duly filed and accepted form 1099-C for 1992000.00.

16  9.  (Copy) ™RICHARD PATTERSON JR.© Copyright and Trademark Agreement.

17  10. (Copy) Evidence of referral/bond # F3949AAE255C9F for the 3949-A submitted

18  for this matter to the IRS.

19  <u>ALL DOCUMENTS and ATTACHMENTS/EXHIBITS also sent to the</u>

20  <u>following WITNESSES:</u>

21  **To/Cc:** Janet Yellen                                    **To/Cc:** Daniel Werfel
22  C/o United States Treasury                              C/o INTERNAL REVENUE SERVICE
   1500 Pennsylvania Avenue N.W.                       1111 Constitution Avenue NW
23  Washington, District of Colombia [20220]          Washington, District of Colombia [20224]
   Registered Mail # RF504733915US.                   Registered Mail # RF504733929US.
24

25  **To/Cc:** Ed Case,                                        **To/Cc:** Katryna Spearman
   C/o OFFICE OF ED CASE                               C/o Lowther Walker LLC
26  1003 Bishop Street Suite 1110                        101 Marietta Street, NW Suite 3325
   Honolulu, Hawaii [96813]                              Atlanta, Georgia [30303]
27  Registered Mail # RF504733932US.                   Registered Mail # RF504733932US.

28

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

## **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **financial institution:** a person, an individual, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref. 31 U.S. Code § 5312 - Definitions and application.

2. **individual:** As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons**. As an adjective: Existing as an indivisible entity. Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th, and 8th Edition pages 913, 777, and 2263 respectively.

3. **person:** Term may include artificial beings, as corporations. The term means an individual, corporation, business trust, estate, trust, partnership, limited liability

-20 of 27-

Registered Mail # RF504735892US

1  company, association, joint venture, government, governmental subdivision, agency, or

2  instrumentality, public corporation, or any other legal or commercial entity. The term

3  "person" shall be construed to mean and include an individual, a trust, estate,

4  partnership, association, company or corporation.   **The term "person" means a**

5  **natural person or an organization. -Artificial persons.** Such as are created and

6  devised by law for the purposes of society and government, called "corporations" or

7  bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from

8  artificial persons, or corporations. **-Private person.** An individual who is not the

9  incumbent of an office. Persons are divided by law into natural and **artificial.** Natural

10  persons are such as the God of nature formed us; **artificial** are such as are created and

11  devised by **human laws**, for the purposes of society and government, which are called

12  "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201,

13  Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299,

14  respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26

15  United States Code (U.S. Code) § 7701 - Definitions.

16  4.  bank: a person engaged in the business of banking and includes a savings bank,

17  savings and loan association, credit union, and **trust company**.   The terms "banks",

18  "national bank", "national banking association", "member bank", "board", "district",

19  and "reserve bank" shall have the meanings assigned to them in section 221 of this title.

20  An institution, of great value in the commercial world, empowered to receive deposits

21  of money, to make loans. and to issue its promissory notes, (designed to circulate as

22  money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or

23  more of these functions. The term "bank" is usually restricted in its application to an

24  incorporated body; while a **private individual** making it his business to conduct

25  banking operations is denominated a "banker." Banks in a commercial sense are of three

26  kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.   Strictly speaking, the

27  term "bank" implies a place for the deposit of money, as that is the most obvious

28  purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's

Registered Mail # RF504735892US

Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

5.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page

6.  **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

7.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

8.  **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

9.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts**

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

1   **not** infrequently construe "may" as "shall" or "must".— See Black's :aw
2   Dictionary, 4th Edition page 1131.

3   10. **extortion:** The term "**extortion**" means the obtaining of property from another, **with**
4   **his consent, induced by wrongful use of actual or threatened force, violence, or**
5   **fear, or under color of official right**.— See 18 U.S. Code § 1951 - Interference with
6   commerce by threats or violence.

7   11. national: "foreign government", "foreign official", "internationally protected person",
8   "international organization", "national of the United States", "official guest," and/or
9   "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112
10   - Protection of foreign officials, official guests, and internationally protected persons.

11   12. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S."
12   *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico,
13   U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United
14   States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause
15   17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of
16   America. *The terms "United States" and "U.S." are NOT to be construed to mean or*
17   *include the sovereign, united 50 states of America.*

18   13. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of
19   his right, or in some manner to do him an injury.   As distinguished from negligence, it
20   is always positive, intentional. as applied to contracts is the cause of an error bearing on
21   material part of the contract, created or continued by artifice, with design to obtain
22   some unjust advantage to the one party, or to cause an inconvenience or loss to the
23   other. in the sense of court of equity, properly includes all acts, omissions, and
24   concealments which involved a breach of legal or equitable duty, trust, or confidence
25   justly reposed, and are injurious to another, or by which an undue and unconscientious
26   advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages
27   521-522 and 517 respectively.

28

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

1   14. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real.
2       A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed
3       exterior, concealing a lack of reality; a a disguise or pretext. <u>See, Black's Law</u>
4       <u>Dictionary 1st Edition, page 222.</u>
5   15. **colorable:** That which is in appearance only, and not in reality, what it purports to be.
6       <u>See, Black's Law Dictionary 1st Edition, page 2223.</u>
7   //
8   //
9   //
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

RF504735892US

Invoice # HAWAIIDISHONOR24

# __INVOICE__ / __TRUE BILL__

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

　　It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm to ™RICHARD PATTERSON©, ™RICHARD PATTERSON JR© ESTATE, and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $1,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $100,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $3,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $5,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and or up to 30 years imprisonment) | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $1,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and or up to 10 years imprisonment): | $1,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and or up to 20 years imprisonment): | $3,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and or up to 20 years imprisonment): | $5,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and or up to 3 years imprisonment): | $ *pending* |
| 15. | 1ST Use of ™RICHARD PATTERSON JR.©: | $1,000,000.00 |
| 16. | Additional. Use of ™RICHARD PATTERSON JR.©: | Pending |
| 17. | Fraud, conspiracy, obstruction, identity theft, extortion, forced peonage, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law, harassment, violating the Constitution,  injury and damage: | $1,000,000.00 |

**Total sum Due:**　　**$132,000,000.00 USD**

-25 of 27-

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

Registered Mail # RF504735892US

## COMMERCIAL OATH AND VERIFICATION:

1

County of Riverside                )

2                                    )        Commercial Oath and Verification

The State of  California            )

3

4  I, <u>RICHARD PATTERSON JR.</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International

5  Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this-

6  <u>21ST</u> day of <u>OCTOBER</u> in the year two thousand twenty four:

7                                      By *Special Limited* Appearance, sui juris,

all rights reserved *without* prejudice and without recourse. UCC § 1-308, 3-402.

8

9            By: Richard Patterson Jr.

Richard Patterson Jr., *Authorized Representative, Trustee*

10                                    *Secured Party, Executor, non-citizen* national,

*private bank(er)* EIN # 9x-xxxxxxx

11

12  Let this document stand as truth before the Almighty Supreme Creator and let it be established

13  before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the*

14  *mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

15

16                                      By *Special Limited* Appearance,

All rights reserved without prejudice or recourse, U.C.C §1-308,

17    3-402.

18            By: _____

*(WITNESS)*

19

20                                      By *Special Limited* Appearance,

All rights reserved without prejudice or recourse, U.C.C §1-308,

21    3-402.

22            By: _____

23                                                      *(WITNESS)*

24

25

26                                  ## NOTICE:

27  Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in*

28  *any manner.* The purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign jurisdiction.

-26 of 27-

NOTICE OF ACCEPTANCE, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR SETOFF

Registered Mail # RF504735892US

1                                         JURAT:

2   State of California           )
                                  ) ss.
3   County of ~~Riverside~~ SAN DIEGO

4   Subscribed and sworn to (or affirmed) before me on this ⎯22⎯ day of October, 2024 , by Richard Patterson Jr.
5   proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

6   ⎯⎯JAE H LEE⎯⎯⎯⎯⎯⎯⎯⎯⎯ Notary public
                print
7   ⎯⎯Lee, Jae H.⎯⎯⎯⎯⎯⎯⎯ Seal:

8                                              JAE H. LEE
                                               COMM. # 2395391
                                          NOTARY PUBLIC-CALIFORNIA
                                               SAN DIEGO COUNTY
                                          MY COMM. EXP. MAR 1, 2026

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF **ACCEPTANCE**, FRAUD, EXTORTION, DEPRIVATION OF RIGHTS, AND DEMAND FOR **SETOFF**

☑ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>RICHARD PATTERSON JR<br>c/o 120 Dahlia Drive #202<br>Solana Beach CA 90275<br>US - Phone: 8589880799 | 1 Original issue discount for the year<br>$ 1992000.00 | OMB No. 1545-0117<br>Form **1099-OID**<br>(Rev. January 2022) | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest<br>$ | For calendar year<br>2022 | |
| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy B** |
| 55-0930587 | | 5 Market discount<br>$ | 6 Acquisition premium<br>$ | **For Recipient** |
| RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>UNITED STATES DISTRICT COURT-DISTRICT OF HAWAII<br>300 Ala Moana Blvd.<br>Honolulu HI 96850<br>US | | 7 Description<br>HJR 192 & exemption:CR. NO.21-00111DKW | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
| | | 8 Original issue discount on U.S. Treasury obligations<br>$ | 9 Investment expenses<br>$ | |
| | | FATCA filing requirement ☐ | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ 1992000.00 | |
| Account number (see instructions)<br>CRNO2100111DKW | | 12 State<br>HI | 13 State identification no.<br>$<br>$ | 14 State tax withheld | |

Form**1099-OID**(Rev. 1-2024)            www.tax1099.com - IRS Approved e File Provider            www.irs.gov/Form1099OID

**Instructions for Recipient**

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, you must generally include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information. If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.
The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer must generally report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.
**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.
**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.
**Account number** May show an account or other unique number the payer assigned to distinguish your account.

Box 1. Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.
Box 2. Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Form 1040.
Box 3. Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 to see where to take the deduction.
Box 4. Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.
Box 5. For a covered security acquired with OID, if you made an election under section 1276(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you. For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required to, report the market discount for a tax-exempt obligation that is a covered security acquired before January 1, 2017. Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

☐ CORRECTED ( If checked )

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| RICHARD PATTERSON JR ESTATE | 2024/10/21 | Form **1099-C** | **Cancellation** |
| C/O CIF 1721 Ed Paso Drive | 2 Amount of debt discharged | (Rev. January 2022) | **of Debt** |
| Norco CA 92860 | $  1992000.00 | For calendar year | |
| US - Phone: 6589880799 | 3 Interest, if included in box 2 | 2023 | **Copy B** |
| | $  1992000.00 | | **For Debtor** |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| 99-6905244 | | HJR 192, exemption claimed: UCC1308 | |

| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . ☑ | |
|---|---|---|
| UNITED STATES DISTRICT COURT-DISTRICT OF HAWAII | | |
| Clerk or Fiduciary | | |
| 300 Ala Moana Blvd. | 6 Identifiable event code | 7 Fair market value of property |
| Honolulu HI 96850 | F | $  1992000.00 |
| US | | |

| Account number (see instructions) | | |
|---|---|---|
| 2100111DKW | | |

Form **1099-C** (Rev. 1-2022)     (keep for your records)     www.irs.gov/Form1099C     Department of the Treasury - Internal Revenue Service

### Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D— Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

##CORRECTED   CHECKED##  CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>RICHARD PATTERSON JR.<br>c/o 120 Dahlia Drive #202<br>Solana Beach CA 90275<br>US - Phone: 8589880799 | | OMB No. 1545-0877<br><br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2022 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| LENDER'S TIN<br>55-4930587 | BORROWER'S TIN | 1 Date of lender's acquisition<br>or knowledge of<br>abandonment<br>12/31/2022 | 2 Balance of principal<br>outstanding<br>$1992000.00 | **Copy B**<br>**For Borrower**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>UNITED STATES DISTRICT COURT-DISTRICT OF HAWAII<br>300 Ala Moana Blvd<br>Honolulu HI 96850<br>US | | | 4 Fair market value of property<br>$1992000.00 | |
| | | 5 If checked, the borrower was personally liable for repayment of the debt ........... ▶ ☑ | | |
| Account number (see instructions)<br>CRNO2100111DKW | | 6 Description of property<br>claim of case/bond CR. NO. 21-00111 DKW | | |

Form **1099-A** (Rev. 1-2022)                    www.tax1099.com - IRS Approved e-File Provider                    www.irs.gov/Form1099A

### Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3

Reserved for future use.

**Box 3.** Reserved for future use

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Registered Mail # RF661593175US

**From:** Richard Patterson Jr., sui juris
*Trustee, Executor, Authorized Representative, Secured Party;*
™RICHARD PATTERSON JR.© ESTATE,
™RICHARD PATTERSON©,
c/o 1721 El Paso Drive
Norco, California [92860]
non-domestic *without* the United States

***NOTICE TO AGENT IS NOTICE TO PRINCIPAL***
***NOTICE TO PRINCIPAL IS NOTICE TO AGENT***

**Respondent(s)/Att'n:** Joe Biden, Daniel Werfel, Janet Yellen,
Rob Bonta, Shirley Weber, Gavin Newsom, Merrick Garland, Sean Duryee,
Martin O'Malley, Steven Gordon, David W. Slayton, Chad Bianco, Shirley Weber,
Agent(s), Fiduciary(ies), Trustee(s), Does 1 - ∞ Inclusive,
THE UNITED STATES OF AMERICA, U.S. TREASURY,
COUNTY SHERIFF, SOCIAL SECURITY ADMINISTRATION,
U.S. DEPARTMENT OF STATE, UNITED STATES POSTAL SERVICE,
SECRETARY OF STATE, THE WHITE HOUSE, STATE OF CALIFORNIA,
INTERNAL REVENUE SERVICE, ATTORNEY GENERAL,
CALIFORNIA HIGHWAY PATROL, DEPARTMENT OF MOTOR VEHICLES,
U.S. DEPARTMENT OF TRANSPORTATION, SUPERIOR COURT OF CALIFORNIA,
ALL CORPORATE AGENCIES

**Date:** September 23, 2024

# AFFIDAVIT OF TRUTH

KNOW ALL MEN BY THESE PRESENT, that I, Richard: Patterson Jr., **In Propia**

**Persona**, proceeding **sui juris**, by *Special Limited Appearance*, a man upon the land, a follower of

the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict

(Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my nay

be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, Richard:

Patterson Jr., over 18 years of age, being competent to testify and having first hand knowledge of

the facts herein declare (or certify, verify, affirm, or state) under penalty of perjury under the laws of

the United States of America that the following is true and correct, to the best of my understanding

and belief, and in good faith:

Be it known to all courts, governments, and other parties, that I, Richard: Patterson Jr., **am a**

**natural, freeborn Sovereign**, without subjects. I am neither subject to any entity anywhere, nor is

any entity subject to me. I neither dominate anyone, nor am I dominated.

My authority for this statement is the same as it is for all free Sovereigns everywhere: the

age- old, timeless, and universal respect for the intrinsic rights, property, freedoms, and

responsibilities of the Sovereign Individual.

I am **not** a "person" when such term is defined in statutes of the United States or statutes of

the several states when such definition includes artificial entities. **I refuse to be treated as a**

Registered Mail # RF661593175US

1   federally or state created entity which is only capable of exercising certain rights, privileges, or

2   immunities as specifically granted by federal or state governments.

3   I voluntarily choose to comply with the man-made laws which serve to bring harmony to

4   society, but no such laws, nor their enforcers, have any authority over me. I am not in any

5   jurisdiction, for I am not of subject status.

6   Consistent with the **eternal tradition of natural common law**, unless I have harmed or

7   violated someone or their property, I have committed no crime; **and am therefore not subject to**

8   **any penalty.**

9   I act in accordance with the following U.S. Supreme Court case:

10  "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry

11  on his private business in his own way. His power to contract is unlimited. He owes no such

12  duty [to submit his books and papers for an examination] to the State, since he receives

13  nothing therefrom, beyond the protection of his life and property. His rights are such as

14  existed by the law of the land [Common Law] long antecedent to the organization of the

15  State, and can only be taken from him by due process of law, and in accordance with the

16  Constitution. Among his rights are a refusal to incriminate himself, and the immunity of

17  himself and his property from arrest or seizure except under a warrant of the law. He owes

18  nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201

19  U.S. 43 at 47 (1905).

20  Thus, BE IT KNOWN TO ALL, that **I reserve my natural common law right not to be**

21  **compelled to perform under any contract that I did not enter into knowingly, voluntarily, and**

22  **intentionally.** And furthermore, I do not accept the liability associated with the compelled and

23  pretended "benefit" of any hidden or <u>unrevealed</u> contract or commercial agreement.

24  As such, the **hidden or unrevealed** contracts that supposedly create obligations to perform,

25  for persons of subject status, are inapplicable to me, and are **null and void**. If I have participated in

26  any of the supposed "benefits" associated with these hidden contracts, I have done so **under duress**,

27  **for lack of any other practical alternative**. I may have received such "benefits" but I have NOT

28  accepted them in a manner that binds me to anything.

AFFIDAVIT OF TRUTH, STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF661593175US

1   Any such participation does not constitute "acceptance" in contract law, because of the

2   absence of **FULL** disclosure of any valid "offer," and **voluntary** consent without misrepresentation

3   or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered

4   into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any

5   supposed **"contract" is therefore void, ab initio; "void from the beginning"**

6   From my age of consent to the date affixed below I have **never** signed a contract knowingly,

7   willingly, intelligently, and voluntarily whereby I have waived any of my natural common law

8   rights, and, as such, **Take Notice that I REVOKE, CANCEL, and make void ab initio my**

9   **signature on any and all** contracts, agreements, forms, or any instrument which may be construed

10  in any way to give any agency or department of any federal or state government authority, venue, or

11  jurisdiction over me.

12  This position is in accordance with the U.S. Supreme Court decision of **Brady v. U.S.,** 379

13  U.S. 742 at 748 (1970): "Waivers of Constitutional Rights not only must be voluntary, they must be

14  knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and

15  consequences."

16  Typical examples of such compelled and pretended "benefits" are:

17      1.  The use of Federal Reserve Notes to discharge my debts. I have used these only

18          because in America, there is no other widely recognized currency.

19      2.  The use of a bank account, with my signature on the bank signature card. If there is

20          any hidden contract behind the bank signature card, my signature thereon gives no validity

21          to it. The signature is only for verification of identity. I cannot be obligated to fulfill no

22          hidden or unrevealed contract whatsoever, due to the absence of full disclosure and

23          voluntary consent.

24      Likewise, my use of the bank account thereof is due to the absence of a bank not

25      associated with the Federal Reserve system. In general, people have been prevented from

26      issuing their own currencies, and such prevention is in violation of the United States

27      Constitution. Were there an alternative, I would be happy to use it. To not use any bank at

28      all is impossible or very difficult, as everyone knows, in today's marketplace.

-Page 3 of 15-
AFFIDAVIT OF TRUTH STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE POWER OF ATTORNEY

Registered Mail # RF661593175US

3. **The use of a Social Security number.** The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is *not* because I wish to participate in the Social Security system, as I don't wish to participate. Let it be known that I use the Social Security number assigned to *me for information only.*

4. **The use of a driver's license.** As a free Sovereign, there is no legal requirement for me to have such a license for traveling in my car. Technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be ticketed and fined or obligated to appear in court. Therefore, under duress, I carry a license to avoid extreme inconvenience.

5. **State plates on my car.** Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle," which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. **Past tax returns filed.** Any tax returns I may have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the Internal Revenue Service (IRS) and the local assessors' offices; not because there is any law requiring me to do so. Once I discovered that the IRS and other tax agencies have been misinforming the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were filed under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF STATE JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

1   returns or payments that created any valid contract. Therefore, no legal obligation on my

2   part was ever created.

3   7.   **Birth Certificate.** The fact that a birth certificate was granted to me by a local hospital or

4   government agency when I entered this world, is irrelevant to my Sovereignty. No status,

5   high or low, can be assigned to another person through a piece of paper, without the

6   recipient's full knowledge and consent. Therefore, such a piece of paper provides date and

7   place information only. It indicates nothing about jurisdiction, nothing about property

8   ownership, nothing about rights, and nothing about subject status. The only documents

9   that can have any legal meaning, as it concerns my status in society, are those which I

10  have signed as an adult, with full knowledge and consent, free from misrepresentation or

11  coercion of any kind.

12  8.   **Marriage license.** The acquisition of a marriage license is now being revealed as being

13  necessary only for slaves. The act of a Sovereign such as myself obtaining such a license,

14  through social custom and ignorance of law, has no legal effect in changing my status.

15  This is **because** any such change in status, if any may be supposed to occur, could happen

16  only through a hidden and unrevealed contract or statute. **Since no hidden, unrevealed,**

17  **and undisclosed information, if it exists, can be lawfully held to be binding, it is null**

18  **and void.**

19  9.   **Children in public school.** The attendance of my children in government-supported

20  "public" schools or government-controlled "private" schools does not create any legal tax

21  obligation for me, nor any other legal obligation, because I never signed a contract

22  agreeing to such obligation for the supposed "privilege" of public school attendance.

23      If any of my children have attended government supported "public" or controlled

24  "private" schools, such was done under duress and not out of free will. Be it known that I

25  regard "compulsory state education" as a violation of the Thirteenth Amendment to the U.S.

26  Constitution, which states in relevant part:

27

28

Registered Mail # RF661593175US

1    "Neither slavery nor involuntary servitude, except as a punishment for crime whereof

2    the party shall have been duly convicted, shall exist within the United States, or any

3    place subject to their jurisdiction."

4    10.  **Declaration of Citizenship.** Any document I may have ever signed, in which I answered

5    "yes" to the question, "Are you a U.S. citizen?" - cannot be used to compromise my status

6    as a non-citizen national/national/Sovereign, nor obligate me to perform in any manner.

7    This is because without full written disclosure of the definition and consequences of such

8    supposed "citizenship," provided in a document bearing my signature given freely without

9    misrepresentation or coercion, there can be no legally binding contract.

10

11    I am not a "United States citizen" subject to its jurisdiction. The United States is an entity

12    created by the U.S. Constitution with jurisdiction as described on the following pages of this

13    Affidavit. I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a

14    "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any corporate

15    federal government, corporate state government, corporate county government, corporate

16    city government, or corporate municipal body politic created under the authority of the U.S.

17    Constitution. I am not subject to any legislation, department, or agency created by such

18    authorities, nor to the jurisdiction of any employees, officers, or agents deriving their

19    authority therefrom. Further, I am not a subject of the Administrative and Legislative Article

20    IV Courts of the several states, or Article I Courts of the United States, or bound by

21    precedents of such courts, deriving their jurisdiction from said authorities.

22        **TAKE NOTICE** that I hereby **revoke, cancel**, and make **void ab initio** any such

23    "instrument or any **presumed** election made by any of the several states or the United States

24    government or any agency or department thereof, that I am or ever have voluntary elected to

25    be treated as a 'United States citizen' subject to its jurisdiction or a resident of any territory,

26    possession, instrumentality or enclave under the sovereignty or exclusive jurisdiction of any

27    of the several states or of the United States as defined in the U.S. Constitution in Article 1,

28    Section 8, Clause 17 and Article IV, Section 3, Clause 2.

-Page 6 of 15-

Registered Mail = RF561593175US

11.  **Past voter registration.** Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me. to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary - I have used the voting process only to instruct *my public servants* what a Citizen and Sovereign would like done.

12.  **Use of the 2-letter state code and zip code.** My use of the 2-letter state code and zip code in my "address," which is secretly codified to indicate United States "federal zone" jurisdiction, has no effect whatsoever on my Sovereign status. Simply by receiving or sending "mail" through a quasi-federal messenger service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous. Under duress, I use these codes only for the purposes of information and making it more efficacious for the U.S. Postal Service to deliver my mail.

13.  **Use of semantics.** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, **be it known to all courts and all parties,** that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different from the common usage, **there can be no effect whatsoever on my Sovereign status** in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the

-Page 7 of 15-

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE POWER OF ATTORNEY

Registered Mail # RF661593175US

1   common dictionary differs from the meaning in the law dictionary, it is the meaning in common

2   dictionary that prevails, because it is more trustworthy.

3      Such compelled and supposed "benefits" include, but are not limited to, the aforementioned

4   typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation

5   of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use

6   thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better

7   alternatives become available, practical, and widely recognized.

## FEDERAL JURISDICTION:

9     It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property

10   by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess,

11   clearly outside the limited boundaries of federal jurisdiction. My understanding is that the

12   jurisdiction of the U.S. federal government is defined by **Article I, Section 8, Clause 17 of the U.S.**

13   **Constitution**, quoted as follows:

14     "The Congress shall have the power . . . To exercise exclusive legislation in all cases

15   whatsoever, over such district (**NOT EXCEEDING TEN MILES SQUARE**) as may, by

16   cession of particular states and the acceptance of Congress, become the seat of the

17   Government of the United States, [District of Columbia] and to exercise like authority over

18   all places purchased by the consent of the legislature of the state in which the same shall be,

19   for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And

20   - To make all laws which shall be necessary and proper for carrying into Execution the

21   foregoing Powers..." [emphasis added]

22   *and* Article IV, Section 3, Clause 2:

23     "The Congress shall have the Power to dispose of and make all needful Rules and

24   Regulations respecting the Territory or other Property belonging to the United States; and

25   nothing in this Constitution shall be so construed as to Prejudice any Claims of the United

26   States, or of any particular State."

27   The definition of the "United States" being used here, then, is limited to its **territories:**

28     1) The District of Columbia

AFFIDAVIT OF TRUTH, STATUS, SOVEREIGN, CLAIM OF ESTATE JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF661593175US

1    2) Commonwealth of Puerto Rico

2    3) U.S. Virgin Islands

3    4) Guam

4    5) American Samoa

5    6) Northern Mariana Islands

6    7) Trust Territory of the Pacific Islands

7    8) Military bases within the several states

8    9) Federal agencies within the several states

9    It does **not** include the several states **themselves**, as is confirmed by the following cites:

10    "**We have in our political system a Government of the United States and a government**

11    **of each of the several States.** Each one of these governments is distinct from the others, and

12    each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction,

13    it must protect. **The same person may be at the same time a citizen of the United States**

14    **and a Citizen of a State,** but his rights of citizenship under one of these governments will

15    be different from those he has under the other." Slaughter House Cases **United States vs.**

16    **Cruikshank,** 92 U.S. 542 (1875).

17    "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH

18    RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec.** §1785; NY re:

19    Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

20

21    This is further confirmed by the following quote from the Internal Revenue Service:

22    Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico,

23    the Virgin Islands, Guam, and American Samoa." – Internal Revenue Code Section 312(e).

24

25    In **legal** terminology, the word "**includes**" means "**is limited to.**" When referring to this

26    "District" United States, the Internal Revenue Code uses the terms "**WITHIN**" the United States.

27    When referring to the several States, the Internal Revenue Code uses the term "**WITHOUT**" the

28    United States.

AFFIDAVIT OF TRUTH STATUS, SOVEREIGN, CLAIM OF ESTATE JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF661593175US

1    Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few

2    federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

3    "The laws of Congress in respect to those matters do not extend into the territorial limits of

4    the states, but have force only in the District of Columbia, and other places that are within

5    the exclusive jurisdiction of the national government," **Caha v. United States**, 152 U.S., at

6    215.

7    "We think a proper examination of this subject will show that the United States never held

8    any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which

9    Alabama or any of the new States were formed..."

10    "[B]ecause, the United States have no constitutional capacity to exercise municipal

11    jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere,

12    except in the cases in which it is expressly granted..."

13    "Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within

14    her limits, subject to the common law," **Pollard v. Hagan**, 44 U.S. 221, 223, 228, 229.

15

16    Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction"

17    of the United States extends only **outside** the boundaries of lands belonging to any of the several

18    States. **Therefore, in addition to the fact that no unrevealed federal contract can obligate me to

19    perform in any manner without my fully informed and uncoerced consent, likewise, no federal

20    statutes or regulations apply to me or have any jurisdiction over me.**

21    **I HEREBY AFFIRM** that I do not "reside" or work in any federal territory of the "District"

22    United States, and that therefore no U.S. federal government statutes or regulations have <u>any</u>

23    authority over me.

24    //

25    # POWERS AND CONTRACTUAL OBLIGATIONS OF UNITED STATES

## AND STATE GOVERNMENT OFFICIALS:

26

27    All United States and State government officials are hereby put on notice that I expect them

28    to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article VI:

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF661593175US

1    "The Senators and Representatives before mentioned, and the members of the several State

2    Legislatures, and all executive and judicial officers, both of the United States and of the

3    several States, shall be bound by oath or affirmation to support this Constitution..."

4

5    I understand that by their Oaths of Office all U.S. and State government officials are

6    contractually bound by the U.S. Constitution as formulated by its framers, and not as "interpreted,"

7    subverted, or corrupted by the U.S. Supreme Court or other courts. According to the Ninth

8    Amendment to the U.S. Constitution:

9    "The enumeration in the Constitution of certain rights shall not be construed to deny or

10   disparage others retained by the people."

11

12   and the Tenth Amendment to the U.S. Constitution:

13   "The powers not delegated to the United States by the Constitution, nor prohibited by it to

14   the States, are reserved to the States respectively, or to the people."

15   Thus, my understanding from these Amendments is that the powers of all U.S. and State

16   government officials are limited to those specifically granted by the U.S. Constitution.

17

18   I further understand that any laws, statutes, ordinances, regulations, rules, and procedures

19   contrary to the U.S. Constitution, as written by its framers, are null and void, as expressed in the

20   Sixteenth American Jurisprudence Second Edition, Section 177:

21   "The general misconception is that any statute passed by legislators bearing the appearance

22   of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land,

23   and any statute, to be valid, must be in agreement. It is impossible for both the Constitution

24   and a law violating it to be valid; one must prevail. This is succinctly stated as follows:

25

26   "The general rule is that an unconstitutional statute, though having the form and name of law,

27   is in reality no law, but is wholly void, and ineffective for any purpose; since

28   unconstitutionality dates from the time of its enactment, and not merely from the date of the

-Page 11 of 15-

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY.

Registered Mail # RF661593175US

1    decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as

2    if it had never been passed. Such a statute leaves the question that it purports to settle just as

3    it would be had the statute not been enacted.'

4

5    'Since an unconstitutional law is void, the general principles follow that it imposes no duties,

6    confers no right, creates no office, bestows no power or authority on anyone, affords no

7    protection, and justifies no acts performed under it...'

8

9    'A void act cannot be legally consistent with a valid one. An unconstitutional law cannot

10    operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the

11    fundamental law of the land, it is superseded thereby.'

12

13    'No one is bound to obey an unconstitutional law and no courts are bound to enforce

14    it.'" [emphasis added]

15    and as expressed once again in the U.S. Constitution, Article VI:

16    "This Constitution, and the laws of the United States which shall be made in pursuance

17    thereof; and all treaties made, or which shall be made, under the authority of the United

18    States, shall be the supreme law of the land; and the judges in every State shall be bound

19    thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

20

21    All U.S. and State government officials are therefore hereby put on notice that any violations

22    of their contractual obligations to act in accordance with their U.S. Constitution, may result in

23    prosecution to the full extent of the law, as well as the application of all available legal remedies to

24    recover damages suffered by any parties damaged by any actions of U.S. and State government

25    officials in violation of the U.S. Constitution.

26                        REVOCATION OF POWER OF ATTORNEY:

27    Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in

28    fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to

-Page 12 of 15-

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF561593175US

1    the Social Security number assigned to, RICHARD PATTERSON JR., as it pertains to any BIRTH

2    CERTIFICATES/BANK NOTES, BONDS, TRUSTS, marriage or business licenses, or any other

3    licenses or certificates issued by any and all government or quasi-governmental entities, due to the

4    use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or

5    property.

6       I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or

7    gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby

8    revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied

9    in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property,

10   real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and

11   absolute legal owner and possess allodial title to any and all such property.

12      TAKE NOTICE that I also revoke, cancel, and make void ab initio all powers of attorney,

13   in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my

14   behalf, with or without my consent, as such power of attorney pertains to me or any property owned

15   by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or

16   corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent

17   facts.

18                          ## CLAIM OF ENTIRE ESTATE:

19      I, Richard Patterson Jr., sui juris, In Propria Persona, having attained the age of majority

20   and reason under divine law competent first-hand witness to the truth and facts recited herein.

21   hereby makes a claim against the corpus, all property whether real or personal, tangible or

22   intangible, all deposit accounts blocked by reason of presumption of death of Claimant, cash, credit

23   lines, Credit default swap, all federal funds, collateralized debt obligation, options, derivates, and

24   fixtures received by the said court in the said county, state and federal for the administration of the

25   named estate, and all estates in agency, including but not limited to RICHARD PATTERSON JR. or

26   by whatsoever name the said estate shall be called or charged.

27      I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am

28   competent to make this Affidavit. I hereby affix my own autograph to all of the affirmations in this

-Page 13 of 15-

AFFIDAVIT OF TRUTH: STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY

Registered Mail # RF661593175US

1   entire document with explicit reservation of all my unalienable rights and my specific common law

2   right not to be bound by any contract or obligation which I have not entered into knowingly,

3   willingly, voluntarily, and without misrepresentation, duress, or coercion.

4

5   The use of notary below is for identification only, and such use does **NOT** grant any jurisdiction to

6   anyone.

7   **FURTHER AFFIANT SAYETH NOT.**

8

9                    By *Special Limited Appearance, sui juris,*
    all rights reserved *without* prejudice and without recourse  UCC § 1-308, 3-402.

10

11   By: _____

12           **Richard Patterson Jr.,** *Authorized Representative,*
                   *Trustee, Secured Party, Executor, national,*
                        *private bank(er)* EIN # 9x-xxxxxxx

13

14   Let this document stand as truth before the Almighty Supreme Creator and let it be established
15   before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so*
     *that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the*
16   *month of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

17                    By *Special Limited Appearance,*
18   All rights reserved without prejudice or recourse. U.C.C §1-308,
     3-402.

19   By: _____ *(WITNESS)*

20

21                    By *Special Limited Appearance,*
     All rights reserved without prejudice or recourse, U.C.C §1-308,
     3-402.

22

23   By: _____ *(WITNESS)*

24

25   **NOTICE:**

26   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in*

27   *any manner.* The purpose for notary is verification and identification only and not for entrance

28   into **any** foreign jurisdiction.

-Page 14 of 15-

AFFIDAVIT OF TRUTH, STATUS, SOVEREIGN, CLAIM OF ESTATE, JURISDICTION, REVOCATION OF SIGNATURE, POWER OF ATTORNEY.

Registered Mail # RF661593175US

## JURAT:

1

2  State of California )
                      ) ss.
3  County of SAN DIEGO )

4  Subscribed and sworn to (or affirmed) before me on this 08 day of OCT, 2024, by Richard
5  Patterson Jr. proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

6

7  JAE M. LEE
   print                                        Notary public

8  [signature]                                  Seal:



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Registered Mail # RF661593175US

**From:** Richard Patterson Jr., sui juris
Trustee, Executor, Authorized Representative, Secured Party;
℠"RICHARD PATTERSON JR.© ESTATE,
℠RICHARD PATTERSON©,
c/o 1721 El Paso Drive
Norco, California [92860]
non-domestic *without* the United States

***NOTICE TO AGENT IS NOTICE TO PRINCIPAL***
***NOTICE TO PRINCIPAL IS NOTICE TO AGENT***

**Respondent(s)/Att'n:** Joe Biden, Daniel Werfel, Janet Yellen,
Rob Bonta, Shirley Weber, Gavin Newsom, Merrick Garland, Sean DuRyee,
Mario O'Malley, Steven Gordon, David W. Slayton, Chad Bianco, Shirley Weber,
Agent(s), Fiduciary(ies), Trustee(s), Does 1 - x Inclusive,
THE UNITED STATES OF AMERICA, U.S. TREASURY,
COUNTY SHERIFF, SOCIAL SECURITY ADMINISTRATION,
U.S. DEPARTMENT OF STATE, UNITED STATES POSTAL SERVICE,
SECRETARY OF STATE, THE WHITE HOUSE, STATE OF CALIFORNIA,
INTERNAL REVENUE SERVICE, ATTORNEY GENERAL,
CALIFORNIA HIGHWAY PATROL, DEPARTMENT OF MOTOR VEHICLES,
U.S. DEPARTMENT OF TRANSPORTATION, SUPERIOR COURT OF CALIFORNIA,
ALL CORPORATE AGENCIES.

**Date:** September 23, 2024

## AFFIDAVIT

## RESOLUTION, REVOCATION, AND TERMINATION OF FRANCHISE:

## "RICHARD PATTERSON JR.", BIRTH CERTIFICATE # 104-XX-XXXXXX

KNOW ALL MEN BY THESE PRESENT, that I, **Richard Patterson Jr.**, In Propria Persona, proceeding sui juris, by Special Limited Appearance, a man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, **Richard Patterson Jr., a living soul**, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein declare (or certify, verify, affirm, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my understanding and belief, and is in good faith:

WHEREAS, the FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reasons and purposes.

WHEREAS, the true nature of the BIRTH CERTIFICATE is an **unrevealed commercial agreement** and **unconscionable adhesion contract** and *prima facie* evidence of unfair trade by and with an Agency of the federal, corporate United States, the Department of Commerce, Department of Transportation, Department of Defense, Internal Revenue, Social Security Administration, DTC at 55 Water in New York, International Monetary Fund, and Bank of International Settlements, The CROWN CORPORATION, THE VATICAN BANK, et.al.; the

Registered Mail # RF661593175US

true nature of the DATE OF BIRTH is to execute the birth of the certificate (by signing, filing, and recording), not the "natural" person.

WHEREAS, the BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states), sent to the Bureau of Census, a division of the Department of Commerce (Washington, D.C.), placing the above "name" in commerce as a legal "person" (e.g., Corporation, trust, trustee) district-district and separate from the "natural-born citizen";

WHEREAS, the Secretary of State (of the several states) issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal, corporate United States for its debt obligations to the Federal Reserve bank;

WHEREAS, this TRUST INSTRUMENT has deceived the above "name" into an unrevealed contract placing both myself and my fellow American citizens under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce pursuant to the authority of the Constitution for the United States of America (1791), and under the jurisdiction of the equity, admiralty, or maritime jurisdictions of the federal court system and the Uniform Commercial Code (UCC); this by false registry, a term usually applied to the registration of a vessel in violation of the Federal registry statutes which provide that if any certificate of registry or record is fraudulently, or knowingly used for any ship or vessel not then actually entitled to the benefit thereof, according to the true intent of the act, such ship or vessel shall be forfeited to the United States, with her tackle, apparel, and furniture. See 48 Am Jur 1st Ship § 23.

"To regulate Commerce with foreign Nations, and among the several states, and with the Indian Tribes;" — U.S. Constitution, Article 1, Section 0, Clause 3.

WHEREAS such false registry, coupled with wholly inadequate and insufficient public education system used, by overwhelming evidence, to facilitate an unconscionable deception upon the public, domestic, and private trusts, **is hereby declared null and void**, and claiming any and all lawful damages therein associated, *ab initio, ad infinitum, nunc pro tunc*, without recourse, **reserving all rights.**

WHEREAS the same false registry exists for my creations, and my creations relations, and equal demand for correction of all false registries, and return of rights, property, and damages be re-instated with their rightful Secured Parties, for cause.

I, **Richard Patterson Jr.** have already declared and established "**sui juris**" status in connection with both my **property and "name."** I demand a certified copy with my signed authorization of all documents or contracts being "**held-in-due-course**," [pursuant to UCC 3-305.2, UCC 3-305.S2, and UCC 3-305, Article 9, and et al.], that create ANY legal disability to the claimed "sui juris" states and "alieni juris" relating to my "name." My "name" is my property, and for my "name" to enjoy "sui juris" status, that "name" must be free of legal disability resulting from

Registered Mail # RF661593175US

a contract or commercial agreement, which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county, or municipal government.

THEREFORE BE IT RESOLVED, that it is deemed necessary that I, **Richard Patterson Jr.,** separate myself and all inheritance from the **fraudulent FRANCHISE, BIRTH, and/or TRUST CERTIFICATE** herein attached as surety, and will no longer be associated with it except as necessary to correct any record, restore and recover all usurpation of unalienable rights and **private property**, and regain quiet enjoyment which is an undeniable right of every (wo)man, and to **terminate the franchise, and reserving all rights expressed, implied, and deemed appropriate and necessary for accord and satisfaction.**

I, **Richard Patterson Jr,** hereby REVOKE all powers, including, but not limited to, Powers of Attorney and Agency, excepting those of private, unincorporated, pure trust. I hereby **DISSOLVE and TERMINATE any** franchise connected to with the below document, certificate, or trust instrument. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and fiduciaries, of their obligation to perform any commercial duties or responsibilities towards me. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I, hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me in WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof proving me with your counter affidavit, proving with particularity and specificity by stating all requisite actual law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. Reserving ALL Natural God – Given Unalienable Birthrights, Waiving None Ever under 28 USC §1746 rights and without prejudice to ANY of those rights (U.C.C. § 1-308).

Executed *"without* the United States" in accord with 28 USC § 1746.

**FURTHER THIS AFFIANT SAITH NOT.**

Subscribed, sealed, and affirmed to this day, 23, month, September and year of 2024, I hereby affix my own signature and seal to all of the above affirmations with explicit reservation of ALL my unalienable rights and without prejudice to ANY of those rights. Pursuant to U.C.C § 1-103, 1-105, 1-308, 3-402, 3-419.

By *Special Limited* Appearance, sui juris, In Propria Persona, all rights reserved *without* prejudice and without recourse. UCC § 1-308, 3-402.

By: Richard Patterson Jr

Registered Mail # RF661593175US

**Richard Patterson Jr.**, *Authorized Representative,*
*Trustee, Secured Party, Executor, national,*
*private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

By *Special Limited Appearance,*
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By _____
(WITNESS)

By *Special Limited Appearance,*
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By _____
(WITNESS)

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

AFFIDAVIT of Resolution, Revocation, and Termination of Franchise        -4 of 5-

Registered Mail # RF661593175US

## JURAT:

State of California    )
                       ) ss.
County of _SAN DIEGO_   )

Subscribed and sworn to (or affirmed) before me on this _28_ day of _OCT_ _____, 2024, by Richard Patterson, Jr. proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_JAE H LEE_
       print
_Lee Jang_          Notary public



JAE H. LEE
COMM # 2395391
NOTARY PUBLIC CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. MAY 1, 2026

Seal:

Registered Mail # RF661593175US

# HOLD HARMLESS AND INDEMNITY AGREEMENT

No. RP092124-OLDHARMLESS

Non-Negotiable between the Parties

## PARTIES

Bailor: RICHARD PATTERSON JR.
c/o 120 DAHLIA DR #202
SOLANA BEACH, CA
Non-domestic *without* the U.S.

Bailee: Richard Patterson Jr.
c/o 120 Dahlia Drive
Solana Beach, California
Non-domestic *without* the U.S.

## AGREEMENT

I.  On this **23rd** day of **September**, in year of our Lord **Two Thousand Twenty-Four**, this **Hold Harmless and Indemnity Agreement** is mutually agreed upon and permanently entered between the juristic person RICHARD PATTERSON JR., PATTERSON JR., RICHARD, RPJ, and any other variations, a debtor, herein the Bailor, including, but not limited to, any and all variations and derivatives in spelling of said name except Richard Patterson Jr., or any and all variations of said name, **and** the living, breathing, flesh-and-blood man, known by the distinctive appellation Richard Patterson Jr., and including, but not limited to Patterson Jr., Richard, RP Jr., RPJ, and any and **all** variations and derivatives in spelling of said name, a creditor, herein the Bailee.

II. For valuable consideration, Bailor, without benefit of discussion, and without division, does hereby expressly agree, covenant, and undertake the indemnification of, and does hold harmless Bailee from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(s), lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may hereafter arise, to include any such claims and the like that may hereafter arise with regard to any and all Collateral of Bailor, including, but not limited to all Collateral described on Bailor's List of Collateral, by separate document, presented herewith. Bailor does hereby expressly covenant and agree that Bailee shall not under any circumstances be considered an accommodating party nor a surety for Bailor.

## WORDS DEFINED GLOSSARY OF TERMS

As used in this Hold Harmless and Indemnity Agreement, the following words and terms are as defined in this section, non-obstante:

1. **Appellation:** "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. **Bailee:** Richard Patterson Jr. "In the law of contracts, One to whom goods are bailed; the party to whom personal property is delivered under a contract of bailment." *See Black's Law Dictionary, 1st ed.*

3. **Bailment:** "BAILMENT. A delivery of goods or personal property, by one person to another, in trust for the execution of a special object upon or in relation to such goods, beneficial either to the bailor or bailee or both, and upon a contract, express or implied, to perform the trust and carry out such object, and thereupon either to redeliver the goods to the bailor or otherwise dispose of the same in conformity with the purpose of the trust. *See* Code Ga. 1882, § 2058. *See Black's Law Dictionary, 1st ed.*

4. **Bailor:** RICHARD PATTERSON JR. "The party who bails or delivers goods to another, in the contract of bailment. *See Black's Law Dictionary, 1st ed.*

INITIALS: 

-page 1 of 4-

Initials: [initials]

Registered Mail # RF661593175US

5. **Collateral**:  In this Security Agreement the term "Collateral" means any property and property rights of Debtor, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, with ownership either in the name of Debtor or in the name of another in which the Debtor holds a beneficial interest and secures the entire obligation or amount of indebtedness. "Collateral" includes but is not limited to any of the following:  (a) Any accessions, increases, and additions, replacements of, or substitutions for, any property described in Bailor's List of Collateral presented by separate document; (b) Any products, produce, or proceeds of any of the property described in Bailor's List of Collateral presented by separate document; (c) Any accounts, general intangibles, instruments, monies, payments, or contract rights, or any other rights, arising out of sale, lease, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document;  (d)  Any proceeds, including insurance, bond, general intangibles, or account(s) proceeds, from the sale, destruction, loss, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document; (e)  Any records or data involving any property described in Bailor's List of Collateral presented by separate document, not limited by any writing, photograph, microfilm, microfiche, tape, electronic media, or the like, together with any of Debtor's right, title, or interest in any computer software or hardware required for utilizing, creating, maintaining, and processing any such records or data in any electronic media.

6. **Conduit**:  "Conduit signifies means of transmitting and distributing energy, and affects the production of labor such as goods or services by way of RICHARD PATTERSON JR. PATTERSON JR., RICHARD, RPJ including, but not limited to, any and all variations and derivatives of Bailee except Richard Patterson Jr., and any variations and derivatives thereof."

7. **Creditor**:  "Means Richard Patterson Jr. as creditor and Bailee, means a person to whom a debt is owing by another person who is the "debtor."  One who has a right to require the fulfillment of an obligation or contract.  One to whom money is due, and, in ordinary acceptation, has reference to financial or business transactions.  The antonym of "debtor."  *See also Black's Law Dictionary, 6th ed. And UCC § 1-201 (12) and 9-509 (Secured Party).*

8. **Debtor**: THE ORGANIZATION "RICHARD PATTERSON JR. PATTERSON JR. RICHARD, RPJ" means including, but not limited to, any and all variations and derivatives in spelling of said name except Richard Patterson Jr." One who owes a debt; he who may be compelled to pay a claim or demand and UCC § 9-105 (l) (d). *See also Black's Law Dictionary, 3rd ed.*

9. **Derivative**: "Coming from another; taken from something preceding, secondary; that which has not the origin in itself but obtains existence from something foregoing and a fundamental nature; anything derived from another." *See Black's Law Dictionary, 3rd ed.*

10. **Ens legis**: "A creature of the law; an artificial being, as contrasted with a natural person, applied to corporation, considered as deriving its existence entirely from the law." *See Black's Law Dictionary, 3rd ed*

11. **Juristic person**: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights duties of a human being; an imaginary entity, such as Debtor, i.e. RICHARD PATTERSON JR. upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor." *See also Black's Law Dictionary, 7th ed*

12. RICHARD PATTERSON JR.:  "The Debtor RICHARD PATTERSON JR. means RICHARD PATTERSON JR. including, but not limited to, any and all variations and derivatives in the spelling of said name except Richard Patterson Jr.."

13. **Living breathing flesh and blood man**: "The Creditor Richard Patterson Jr., Bailee, a sentient living being, as distinguished from an **artificial entity**/legal person/legal construct, ens legis, i.e.  a juristic person, created by contract of law."

INITIALS: PDJ                    Initials: RPJ

- page 2 of 4 -

Registered Mail # RF661593175US

14. Non obstante: "Notwithstanding words anciently used in public and private instruments with intent of precluding in advance 'any interpretation' other then certain declared objects, purposes." See also Black's Law Dictionary, 3rd ed

15. Sentient living being: "The Creditor, i.e. Richard Patterson Jr, Bailee, a living breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association."

16. Transmitting Utility: "The term transmitting utility means a conduit, e.g., the Debtor, i.e. RICHARD PATTERSON JR., PATTERSON JR., RICHARD, RPJ" including, but not limited to, any and all variations and derivatives in the spelling of said name except Richard Patterson Jr.

17. U.C.C. "U.C.C. Means Uniform Commercial Code."

SIGNATURES

Bailee accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Bailor's signature as representative of all derivations thereof.

This Hold – Harmless and Indemnity Agreement No. RF092124HOLDHARMLESS is dated: the 23rd day of September in the year of A.D. 2024.

Bailee: RICHARD PATTERSON JR.

By: _____
Bailor's Signature

Southwest Holder as Bailee accepts Bailor's signature in accord with UCC § 1-201(39), 3-401 and accepts for value that Hold – Harmless and Indemnity Agreement and any of Bailee's Collateral described herein and on attached "A" and as Security Agreement § 9-203(b).

State of CALIFORNIA   )
                      )  ss.
County of _____    )

On this _____ day of SEPTEMBER, 2024, before me, _____, a Notary Public, personally appeared RICHARD PATTERSON JR, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   (Notary public)

_____
Signature                SEAL

Print _____

INITIALS: [signature] PDJ

PLEASE SEE ATTACHED
CALIFORNIA
JURAT
ACKNOWLEDGMENT

page 3 of 4.

Bailee: Richard Patterson Jr.

By: [signature] Richard Patterson-JR
Bailee's Signature

Southwest Company as Trustee/user 2024 by Richard Patterson Jr., All Rights Reserved

State of California   )
                      )  ss.
County of _____    )

On this _____ day of September, 2024, before me, _____, a Notary Public, personally appeared Richard Patterson Jr, who proved to me on the basis of satisfactory evidence to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   (Notary public)

_____
Signature

Print _____

PLEASE SEE ATTACHED
CALIFORNIA
JURAT
ACKNOWLEDGMENT

Initials: [signature] PDJ

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of San Diego

On _Oct. 18th_, 20 24 before me, _Priscilla M. Perez_, A Notary Public
(insert name and title of the officer)

personally appeared _Richard    Patterson_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Priscilla M. Perez_    (Seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

On __10,18 th__, 20 __24__ before me, __Priscilla M. Perez__, A Notary Public
(insert name and title of the officer)

personally appeared __Richard Patterson__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

Registered Mail = RF661593175US

## ATTACHMENT "A":

1. All property interest, rights, and titles included in Contract Security Agreement #092324(RPJ)

INITIALS. 

-page 4 of 4-

Initials

Registered Mail # RF661593175US

# TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

## TRADEMARK/COPYRIGHT CONTRACT AGREEMENT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, Richard Patterson Jr., Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions.

**DATE:** September 23, 2024

Republic and one by the several
united states
California in America

ss:

For Whom it may concern: in the Matter for the fiction/DEBTOR known as: RICHARD PATTERSON JR, PATTERSON JR., RICHARD, and all derivatives thereof. DEBTOR is hereafter known as RICHARD PATTERSON JR. 1721 El Paso Drive, Norco, California.

**I, Me, My, Myself,** addressee, **Richard Patterson Jr.,** (herein after agent with Power of Attorney to represent the DEBTOR), the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "**I, Me, My, Myself Agent**" do hereby solemnly declare, say, and state:

1. **I, Me, My, Myself Agent** am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself Agent** have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself Agent** shall so state.

## Plain Statement of Facts

A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in commerce.

An Affidavit not rebutted, after thirty (3) days, becomes the judgment in commerce.

A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.

**I, Me, My, Myself Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Richard Patterson Jr., living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

**WHEREAS,** the public record is the highest evidence form, **I, Me, My, Myself Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Richard

-page 1 of 5-
TRADEMARK / COPYRIGHT

Registered Mail # RF661593175US

Patterson Jr., living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

1. **Fact:** The person/DEBTOR known as **RICHARD PATTERSON JR.** (and all derivatives thereof) is **fiction without form or substance**, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self enrichment.

2. **Fact:** I have placed a copyright on the Fiction/DEBTOR known as **RICHARD PATTERSON JR.**, and all derivatives thereof, (trademark/fiction), DEBTOR is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact:** The Fiction is My perfected security and registered by contract with me and is My recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.

4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for **One Hundred Thousand (100,000.00)** dollars, gold or silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, **My private property** or any part about **My Estate** without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for **One Million (1,000,000.00) dollars** gold or silver specie in lawful coinage for the united states of America as defined under **Article I, Section 10** of We the People's Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.

6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and **Exempt from Levy**, without My written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself, Agent** know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me **IN WRITING by DECLARATION/ AFFIDAVIT FORM** within ten (10) days from recording or notice hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.

Registered Mail # RF661593175US

**Your silence stands as consent, and tacit agreement and approval**, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

**The criminal penalties for commercial fraud are determined by jury, by law**, the monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitution's in the sum certain amount as stated herein for dollars specie gold and/or silver coin lawful money for the united states of America as defined by **Article I, Section 10** under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh (11th) day or any day thereafter as use occurs.

The Undersigned, **I, Me, My, Myself, the Agent** holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, nor misleading, and by My best knowledge, by Me undersigned addresse.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent.
Notice for the county clerk for the county of San Diego, state of California, and record court for
original jurisdiction, is notice for all.

Acceptance:

/s/RICHARD PATTERSON JR. -
_____
RICHARD PATTERSON JR, GRANTOR
DEBTOR SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my ability and belief

All rights reserved without prejudice or recourse. U.C.C. § 1-308

By: *Spetai Limited* Appearance, sui juris,
all rights reserved *without* prejudice and without recourse. UCC § 1-308, 3-402

By: _Richard Patterson Jr_

Richard Patterson Jr., *Authorized Representative*,
Trustee, Executor, Secured Party, Executor, national,
*private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: "*But if they will not listen, take one or two others*

Registered Mail # RF661593175US

JURAT:

State of California        )
                           ) ss.
County of _SAN DIEGO_       )

Subscribed and sworn to (or affirmed) before me on this _26_ day of _OCT_____, 2024_ by Richard
Patterson Jr. proved to me on the basis of satisfactory evidence to be the person(s) who appeared before
me.

_JAE M LEE_____        Notary public
        print

_____          Seal:



TRADEMARK / COPYRIGHT

Registered Mail # RF661593175US

along, so that every matter may be established by the testimony of two or three witnesses." *Matthew 18:16*. "*In the mouth of two or three witnesses, shall every word be established*" 2 Corinthians 13:1.

By: *Special Limited Appearance,*
All rights reserved without prejudice or recourse. U.C.C §1-308,
3-402.

By: _____
                              *(WITNESS)*

By: *Special Limited Appearance,*
All rights reserved without prejudice or recourse. U.C.C §1-308,
3-402.

By: _____
                              *(WITNESS)*

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

-page 4 of 5-
TRADEMARK / COPYRIGHT



# Form 3949-A Information Referral



Thank you for your submission.

The reference number assigned to this referral is **F3949AAE255C9F**.

There is no need to mail a copy or submit the referral via mail. Doing so could cause a delay in processing your referral. If you could not upload large files or you have physical items to support the referral, please be sure to include the reference number above and mail it to:

Internal Revenue Service
ATTN: F3949AAE255C9F
PO BOX 3801
Ogden, UT 84409

We will not provide a status update on this case, if you provided contact information, we may contact you if additional information is needed. When submitting additional information, use the reference number provided.

We never share this information with the person or business you are reporting.

START OVER