Friday, December 20, 2024 at 12:11:32 Eastern Standard Time

**Subject:** Re: SERVICE OF COURT DOCUMENTS ---- CASE NO.: 3:24-MJ-04203-BJC-1 ---- USA v. RICHARD PATTERSON
**Date:** Saturday, November 30, 2024 at 7:32:56 PM Eastern Standard Time
**From:** WALKERNOVA GROUP
**To:** efile_cheeks@casd.uscourts.gov, nora_stephens@fd.org, efile_torres@casd.uscourts.gov, efile_leshner@casd.uscourts.gov
**CC:** efile.dkt.gc2@usdoj.gov, brendan.barber@usdoj.gov, maryannstrafello@gmail.com, שירותי אמון מקצועיים Profession Trust Services, teefong8@gmail.com, Steven, cnj@usa.com, Katryna Spearman, Ethos Private Equity Partners, michael.albanese@usdoj.gov, SanDiegoDA@sdcda.org, contact@fdsdi.com, ryan_mardock@fd.org

Attention ALL:

If Richard isn't release, next will be:

1. Notice of proposed order, with proposed order for Forty Billion U.S. Dollars ($40,000,000.00).

2. Verified complaint with 16-20 causes of action, with a claim for Six Hundred Billion US Dollars ($600,000,000.00 USD).

3. Prosecution of all parties conspiring and guilty of treason and Waring against the Constitution.

UCC1 financing statements, UCC3 amendments, and forms 1099-OID, 1099-B, and other forms will be filed for all credits, assets, and monetary instruments relating to these matters.

Respectfully,

Kevin, sui juris, In Propria Persona
*Attorney In Fact, Executor,* **Secured Party.**

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of

this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

On Nov 30, 2024, at 10:26AM, WALKERNOVA GROUP <team@walkernovagroup.com> wrote:

Benjamin: Cheeks, Nora: Stephens, Tara: McGrath, Brendan: Barber, Does 1-100 Inclusive,

**The attached court document is being served upon you via email in accordance with California Rule of Court 2.251.**

| Court in which proceeding is pending: | United States District Court of the Southern District of California |
|---|---|
| Case Number: | 3:24-MJ-04203-BJC-1 (Southern District) |
| Name of initial party on each side | USA. v. RICHARD PATTERSON |
| Title of each documents served: | **1. WRIT OF MANDAMUS, WRIT OF HABEAS CORPUS, AND DEMAND FOR IMMEDIATE ACTION: ORDER TO SHOW CAUSE.**<br><br>**2. Exhibits A through J.** |
| Sender's name & telephone Number: | Chris Yarbra on behalf of Defendants, RICHARD PATTERSON. (310) 923-8521 |

It is hereby respectfully requested[demanded] that Richard: Patterson, the living man, be released immediately. The above has also been dispatched via Express Mail with the Internal Revenue Service and Department of Treasury also cc'd with misprision of felony obligations.

<Patterson Exhibits a - J.pdf>
<Richard Patterson -- WRIT OF MANDAMUS AND HABEAS CORPUS.pdf>

Respectfully,

Chris, sui juris, In Propria Persona
*Attorney In Fact, Executor,* **Secured Party.**

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

**Subject:** Re: Patterson - (3:24-mj-04203-BJC) - UNITED STATES's War Against Constitution, Fraud, Forced Peonage, Deprivation of Rights Under 'Color of law
**Date:** Wednesday, November 13, 2024 at 11:15:30 AM Eastern Standard Time
**From:** WALKERNOVA GROUP
**To:** efile_cheeks@casd.uscourts.gov, efile_torres@casd.uscourts.gov, nora_stephens@fd.org, Katryna Spearman, cassd_ecf@fd.org, efile.dkt.gc2@usdoj.gov
**CC:** michael.albanese@usdoj.gov, SanDiegoDA@sdcda.org, contact@fdsdi.com, Ethos Private Equity Partners, Kevin L. Walker, Ryan Mardock, teefong8@gmail.com, cnj@usa.com, maryannstrafello@gmail.com, Steven ., REALWORLDFARE, Creative Geniusess
**Attachments:** Pack-Patterson - Affidavit of M ailing — RF661593175US copy.pdf, REDACTED-Attorney In Fact CONTRACT- Richard Patterson .pdf

Nora: Steven, Valerie :Torres, Benjamin: Cheeks, Does 1-1000 Inclusive,

**You are Waring against the Constitution.**

The verified commercial affidavits provided affirm that any lawsuits filed merit summary judgment as **a matter of law**. Attached is the Power of Attorney, AND the 'Affidavit: Power of Attorney In Fact,' signed by Richard: Patterson, the **living man**, giving Richard Power of Attorney over the entire **RICHARD PATTERSON JR. ESTATE.**

If he is not released immediately, this document, along with all other pertinent records, will be filed on the record, and a lawsuit will be initiated this week.

Attempts to manipulate or coerce him into compliance will fail. Our next steps include videos and interviews revealing the systemic exploitation of the U.S. legal structure, including the **Court Registry Investment System (CRIS)**.

All parties participating in this charade are committing treason, which warrants a signed and notarized indictment. Feigning ignorance is no defense; ignorance of the law is no excuse to intentionally and willfully break the law.

I am CONTRACTED and committed to seeing this through to the end, ensuring justice for Richard and his family. **I always honor all of my contracts.**

Every bond and every individual will be held accountable. Registered Mail with PS Form 3811 will be sent to all relevant parties in accordance with contract law, the law merchant, principles of offer and acceptance, and the mailbox posting rule.

# ARTICLE:

Justice Demands Immediate Release of state Citizen Richard: Patterson Amid Unlawful Detention and Evidence of Discharged 18 USC 8 Obligations
https://realworldfare.com/justice-demands-immediate-release-of-state-citizen-richard-patterson-amid-unlawful-detention-and-evidence-of-discharged-18-usc-8-obligations/

## Legal STANDARDS, MaximS, and Precedent

1. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."
2. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve."
3. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5: 12).
4. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.
5. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.
6. **WORKMAN IS WORTHY OF HIS HIRE.** The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property.
7. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".
8. "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).
9. See, *Sieb's Hatcheries, Inc. v. Lindley*, 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed admitted as true. Failure to answer is well established in the court.** *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as having been admitted.**" Also as previously referenced, "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may[must]** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).
10. "The state **cannot** diminish **Rights** of the people." —Hurtado vs. California, 110 US 516.
11. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights.**"—AFLCIO v. Woodward, 406 F2d 137 t.
12. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.
13. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.
14. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" Lezama v. Justice Court, A025829.
15. "Ignorance of the law does **not** excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.
16. **"All are presumed to know the law."** San Francisco Gas Co. v. Brickwedel (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817; People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98 C.A. 33, 276 P. 368.
17. "It is one of the fundamental maxims of the common law that **ignorance of the law excuses no one.**" Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.
18. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).
19. **California Code of Civil Procedure § 437c(c):** Summary judgment is appropriate when there is no triable issue of material fact and the moving party is entitled to judgment as a matter of law. The unrebutted affidavits submitted by Plaintiff(s) demonstrate that no triable issues of material fact remain in dispute, and Plaintiffs are entitled to judgment based on the evidence presented and as **a matter of law.**
20. **Res Judicata, Stare Decisis, and Collateral Estoppel:** The principles of **res judicata, stare decisis,** and **collateral estoppel** apply to the **unrebutted affidavits,** establishing that all issues are deemed settled and cannot be contested further. These principles reinforce the finality of the administrative findings and support the granting of summary judgment.

## Words Defined Glossary of Terms:

1. **"financial institution":** a **person**, an **individual**, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

2. **"individual":** As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons**. As an adjective: Existing as an indivisible entity. Of or relating to a single person or thing, as opposed to a group. — See Black's Law Dictionary 4th, 7th, and 8th Edition pages 913, 777, and 2263 respectively.

3. **"person":** Term may include artificial beings, as corporations. The term means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation. **The term "person" means a natural person or an organization.** -Artificial persons. Such as are created and devised by law for the purposes of society and government, called "corporations" or bodies politic." -**Natural persons.** Such as are formed by nature, as distinguished from artificial persons, or corporations. -**Private person.** An individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.** Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

4. **"bank":** a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company**. The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title. An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans, and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

Kevin, sui juris, **Sovereign,**
*Attorney In Fact, Executor, Secured Party.*

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

On Nov 13, 2024, at 7:40 AM, WALKERNOVA GROUP <team@walkernovagroup.com> wrote:

Nora Stephens,

As the record reflects, you went to see Richard: Patterson last night, and he explicitly told you that he is not the "ens legis," and asked you to acknowledge that. You stated you acknowledge that he is NOT the "end LEGIS" or "straw man" or "14th Amendment citizen," and that he a national, state Citizen, and 'internationally protected person,' as under 18 U.S.C 112.

You Nora, also stated you would possibly be putting an 'affidavit of Corporate denial' on file and having the court, take judicial notice. You also confirmed with him that you will be returning to retrieve a "letter of instruction" that Richard is giving you with regards to this matter.

Nora, you can cease the defamation, slander, and libel when you speak to Richard. Any disparaging remarks will be communicated to me.

The LETTER will consist of instructions for you to ask the trustee, and/or executor of the trust for this matter, to produce the bid bond, payment bond, performance bond, and any other bonds, and use Richard's exemption as principal, for set off and adjustment of these matters, and accordance with house joint resolution 192 1933, article one of the constitution, article 4 of the constitution, 18 USC 8, U.C.C. 3-311, and UCC 3-603.

This is a commercial matter as stipulated under C.F.R 72.11.

A full on verified complaint in lawsuit will be filed for these matters regardless. The longer it takes for Richard to be released, the more damage that compound. Richard will be charging the United States and all parties attached to this matter $1,000,000,000.00 per day that he is imprisoned against his will, involuntarily, under threat and duress. Claims will be filed on every single bond for every single person attached to this matter.

We encourage the release of Richard immediately as you have forced him into peonage and involuntary servitude.

I will be submitting a verified commercial affidavit in support of Richard, highlighting all of this.

On Nov 12, 2024, at 12:43PM, WALKERNOVA GROUP <team@walkernovagroup.com> wrote:

**Magistrate Judge Valerie E. Torres, Magistrate Judge Benjamin J. Cheeks**, Fiduciary(ies),

Please see the attached. We respectfully request that the court take judicial notice of the evidence received via Registered Mail, and released Richard: Patterson, immediately.
<Pack-Patterson - Affidavit of Mailing — RF661593175US copy.pdf>
<USA_v_Patterson__casdce-24-04203__0007.0.pdf>

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

Begin forwarded message:

**From:** WALKERNOVA GROUP <team@walkernovagroup.com>
**Subject: Re: Richard Patterson Jr. -- ORDER to comply with the continuing duty to DISCLOSE EVIDENCE which is FAVORABLE to the defendant**
**Date:** November 12, 2024 at 9:29:22 AM PST
**To:** Katryna Spearman <kspearman@lowtherwalker.com>, contact@fdsdi.com, cassd_ecf@fd.org, nora_stephens@fd.org, efile.dkt.gc2@usdoj.gov
**Cc:** bcheeks@tjsl.edu, SanDiegoDA@sdcda.org, michael.albanese@usdoj.gov, Ryan Mardock <Ryan_Mardock@fd.org>, Ethos Private Equity Partners <epepartners@yahoo.com>, police-practices@doj.ca.gov, teefong8@gmail.com, cnj@usa.com

<u>**Attention ALL:**</u>

"**ORDER** as to Richard Patterson: The Court orders the United States to comply with the continuing duty to disclose evidence **which is favorable to the defendant as required** by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. **Upon finding that the government has failed to comply with this order,** the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, <u>**dismiss charges**</u>. Signed by Magistrate Judge Benjamin J. Cheeks on 11/5/24."

### The Court has issued an order <u>requiring</u> the United States to uphold its continuing obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose any evidence favorable to Richard Patterson. Should the government fail to comply, the Court reserves the right to order the production of such information, grant a continuance, impose sanctions, or even dismiss the charges. This order was signed by Magistrate Judge Benjamin J. Cheeks on 11/5/24.

A writ of habeas corpus and formal demand for sanctions are imminent. However, this matter could be resolved simply and directly by releasing Richard Patterson, thereby settling this case. Holding him under conditions of duress, coercion, and **forced peonage** contravenes lawful standards in this "commercial" matter (C.F.R. 72.11), which has been setoff, discharged, and fully satisfied.

Please produce the evidence you have already received, and settle and close this matter, and release Richard, the **living man**, immediately.

Further, all individuals in receipt of this communication have a duty to report under the federal **misprision of felony**: 18 U.S. Code § 4.

Someone needs to do the right thing OR this will become a **very very very big PUBLIC matter**.